(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | **United States Bankruptcy Court**<br>**District of** *RHODE ISLAND* | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Perretta, Michele* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Perretta, Anna M.* |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*NONE* |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)*9813* | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>*380 Pippin Orchard Road*<br>*Cranston RI  02921* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>*380 Pippin Orchard Road*<br>*Cranston RI  02921* |
| County of Residence or of the<br>Principal Place of Business:  *Providence* | County of Residence or of the<br>Principal Place of Business:  *Providence* |
| Mailing Address of Debtor (if different from street address):<br>*SAME* | Mailing Address of Joint Debtor (if different from street address):<br>*SAME* |

Location of Principal Assets of Business Debtor
(If different from street address above): *NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee attached |

| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
|---|---|
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information**  (Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

# Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
*Michele Perretta and*
*Anna M. Perretta*

FORM B1,  Page 2

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

| District: | Relationship: | Judge: |
|---|---|---|
| | | |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Michele Perretta*
Signature of Debtor

**X** */s/ Anna M. Perretta*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

**X** */s/ Edward G. Lawson, Jr., Esq.*
Signature of Attorney for Debtor(s)

*Edward G. Lawson, Jr., Esq. #0517*
Printed Name of Attorney for Debtor(s)

*Edward G. Lawson, Jr., Esq.*
Firm Name

*260 Lonsdale Avenue*
Address

*Pawtucket RI   02860*

*401-725-1810*
Telephone Number          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Edward G. Lawson, Jr., Esq.*
Signature of Attorney for Debtor(s)          Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re  *Michele Perretta*
           *and*
      *Anna M. Perretta*

Case No.

Chapter  *11*

_____/ Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| *1*<br>*Joseph A. Caramadre*<br>*Colart Towers, Ste 2-4*<br>*400 Reservoir Ave.*<br>*Providence RI   02907* | Phone:<br>*Joseph A. Caramadre*<br>*Colart Towers, Ste 2-4*<br>*400 Reservoir Ave.*<br>*Providence RI   02907* | *Second Mortgage/Lien*<br><br>                    *\*Value:*<br>           *Net Unsecured:*<br>        *\*Prior Liens Exist* | | *$ 255,000.00*<br><br>*$ 625,000.00*<br>*$ 160,327.00* |
| *2*<br>*RNI Insurance Company* | Phone:<br>*RNI Insurance Company* | *Lien* | | *$ 123,218.63* |
| *3*<br>*Federal Pipe & Steel Corp.*<br>*Joey Road*<br>*Plymouth MI* | Phone:<br>*Federal Pipe & Steel Corp.*<br>*Joey Road*<br>*Plymouth MI* | *Third Mortgage*<br><br>                    *\*Value:*<br>           *Net Unsecured:*<br>        *\*Prior Liens Exist* | | *$ 60,000.00*<br><br>*$ 625,000.00*<br>*$ 60,000.00* |
| *4*<br>*TXI Chaparral Steel*<br>*c/o Marc D. Wallick, Esq.*<br>*51 Jefferson Blvd.*<br>*Warwick RI   02888* | Phone:<br>*TXI Chaparral Steel*<br>*c/o Marc D. Wallick, Esq.*<br>*51 Jefferson Blvd.*<br>*Warwick RI   02888* | *Collection Matter* | | *$ 37,778.42* |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>New England Gas Company<br>P.O. Box 9646<br>Manchester NH  03108-9646 | Phone:<br>New England Gas Company<br>P.O. Box 9646<br>Manchester NH  03108-9646 | Lien | | $ 25,812.56 |
| 6<br>Narragansett Electric Company<br>280 Melrose Street<br>P.O. Box 1438<br>Providence RI  02901 | Phone:<br>Narragansett Electric Company<br>280 Melrose Street<br>P.O. Box 1438<br>Providence RI  02901 | Lien | | $ 24,651.99 |
| 7<br>Ford Motor Credit<br>P.O. Box 543099<br>Omaha NE  68154 | Phone:<br>Strauss, Factor, Laing & Lyons<br>Lynda L. Laing, Esq.<br>222 Richmond Street, Ste. 208<br>Providence RI  02903 | Auto Loan | | $ 13,882.90 |
| 8<br>National Grange Mutual Ins. Co<br>Main Street America Assuance C | Phone:<br>National Grange Mutual Ins. Co<br>Main Street America Assuance C | Collection Matter | | $ 13,351.00 |
| 9<br>Nynex Information Resources<br>c/o Donald J. Nasif, Esq.<br>1408 1/2 Atwood Avenue #7<br>Johnston RI  02919 | Phone:<br>Nynex Information Resources<br>c/o Donald J. Nasif, Esq.<br>1408 1/2 Atwood Avenue #7<br>Johnston RI  02919 | Collection Matter | | $ 11,661.28 |
| 10<br>Citizens Bank<br>One Citizens Plaza<br>Providence RI  02903 | Phone:<br>Atlantic Bus. Ser. Group, Inc.<br>PO Box 437<br>No. Scituate MA  02060-0437 | Credit | | $ 10,600.55 |
| 11<br>State of Rhode Island<br>Division of Taxation<br>One Capitol Hill, Ste. 21<br>Providence RI  02908-5813 | Phone:<br>State of Rhode Island<br>Division of Taxation<br>One Capitol Hill, Ste. 21<br>Providence RI  02908-5813 | Credit Card Purchases | | $ 10,100.00 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 12<br>Tubular Steel, Inc.<br>c/o Marc D. Wallick, Esq.<br>51 Jefferson Blvd.<br>Warwick RI  02888 | Phone:<br>Tubular Steel, Inc.<br>c/o Marc D. Wallick, Esq.<br>51 Jefferson Blvd.<br>Warwick RI  02888 | Collection Matter | | $ 7,148.36 |
| 13<br>Internal Revenue Service<br><br>Andover MA  05501 | Phone:<br>Internal Revenue Service<br><br>Andover MA  05501 | Taxes | | $ 5,865.96 |
| 14<br>Internal Revenue Service<br><br>Andover MA  05501 | Phone:<br>Internal Revenue Service<br><br>Andover MA  05501 | Federal Tax Lien | | $ 5,615.15 |
| 15<br>Internal Revenue Service<br><br>Andover MA  05501 | Phone:<br>Internal Revenue Service<br><br>Andover MA  05501 | Federal Tax Lien | | $ 5,547.55 |
| 16<br>U.S Department of the Treasury<br>LineBarger, Googgan, Blair & S<br>PO Box 530285<br>Atlanta GA  30353 | Phone:<br>U.S Department of the Treasury<br>LineBarger, Googgan, Blair & S<br>PO Box 530285<br>Atlanta GA  30353 | Safety & Health | | $ 4,235.28 |
| 17<br>Industrial Welder's Supply Inc<br>c/o Paul F. Koblitz, Esq.<br>42 Spring Street<br>Newport RI  02840 | Phone:<br>Industrial Welder's Supply Inc<br>c/o Paul F. Koblitz, Esq.<br>42 Spring Street<br>Newport RI  02840 | Collection Matter | | $ 4,225.27 |
| 18<br>Internal Revenue Service<br><br>Andover MA  05501 | Phone:<br>Internal Revenue Service<br><br>Andover MA  05501 | Federal Tax Lien | | $ 4,052.32 |
| 19<br>Narragansett Electric Company<br>Processing Center<br>Woburn MA  01807-0049 | Phone:<br>Narragansett Electric Company<br>Processing Center<br>Woburn MA  01807-0049 | Electric bill | | $ 4,004.38 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 20<br>Sears<br>P.O. Box 182149<br>Columbus OH  43218-2149 | Phone:<br>Sears<br>P.O. Box 182149<br>Columbus OH  43218-2149 | Credit Card Purchases | | $ 3,818.94 |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _____        Signature */s/ Michele Perretta* _____
                          Name:  *Michele Perretta*


Date: _____        Signature */s/ Anna M. Perretta* _____
                          Name:  *Anna M. Perretta*

FORM B6F (12/03) West Group, Rochester, NY

In re  _Michele Perretta and Anna M. Perretta_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   9164<br>Creditor # : 1<br>Advanced Radiology, Inc.<br>525 Broad Street, Ste. 202<br>Cumberland RI 02864 | J | 2001<br>Medical Bills | | | | $ 300.00 |
| Account No:   8776<br>Creditor # : 2<br>AT&T<br>P.O. Box 1200<br>Newark NJ 07101-1200 | J | 2001<br>Phone Bill | | | | $ 768.88 |
| Account No:   5993<br>Creditor # : 3<br>Citizens Bank<br>One Citizens Plaza<br>Providence RI 02903 | J | 2001<br>Credit | | | | $ 10,600.55 |
| Account No:<br>Representing:<br>Citizens Bank | | Atlantic Bus. Ser. Group, Inc.<br>PO Box 437<br>No. Scituate MA 02060-0437 | | | | |

_5_ continuation sheets attached

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 11,669.43 |
| Total $<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Michele Perretta and Anna M. Perretta_____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    7788<br>_Creditor # : 4_<br>_Cox Communications_<br>_P.O. box 39_<br>_Newark NJ 07101_ | J | 2001<br>Cable | | | | $ 2,040.01 |
| Account No:    2431<br>_Creditor # : 5_<br>_Ford Motor Credit_<br>_P.O. Box 543099_<br>_Omaha NE 68154_ | J | 2001<br>Auto Loan | | | | $ 13,882.90 |
| Account No:<br>_Representing:_<br>_Ford Motor Credit_ | | Strauss, Factor, Laing & Lyons<br>Lynda L. Laing, Esq.<br>222 Richmond Street, Ste. 208<br>Providence RI 02903 | | | | |
| Account No:<br>_Creditor # : 6_<br>_Industrial Welder's Supply Inc_<br>_c/o Paul F. Koblitz, Esq._<br>_42 Spring Street_<br>_Newport RI 02840_ | J | 2001<br>Collection Matter | | | | $ 4,225.27 |
| Account No:    28-0<br>_Creditor # : 7_<br>_Infra-Metals_<br>_c/o Marc D. Wallick, Esq._<br>_51 Jefferson Blvd._<br>_Warwick RI 02888_ | J | 2001<br>Collection Matter | | | | $ 3,770.71 |
| Account No:    155R<br>_Creditor # : 8_<br>_Memorial Hospital of RI_<br>_111 Brewster Street_<br>_Pawtucket RI 02860_ | J | 2001<br>Medical Bills | | | | $ 232.00 |

Sheet No. _1_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $

(Total of this page)

Total $

(Report total also on Summary of Schedules)

24,150.89

FORM B6F (12/03) West Group, Rochester, NY

In re **Michele Perretta and Anna M. Perretta** _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   4185<br>*Creditor # : 9*<br>*Memorial Hospital of RI*<br>*111 Brewster Street*<br>*Pawtucket RI 02860* | J | *2001*<br>*Medical Bills* | | | | $ 1,887.50 |
| Account No:<br>*Creditor # : 10*<br>*Micheletti Oil Service*<br>*987 Plainfield St.*<br>*Johnston RI 02919* | J | *2004*<br>*Oil Bill* | | | | $ 1,598.30 |
| Account No:   239<br>*Creditor # : 11*<br>*Narragansett Electric Company*<br>*280 Melrose Street*<br>*P.O. Box 1438*<br>*Providence RI 02901* | J | *2003*<br>*Lien* | | | | $ 24,651.99 |
| Account No:   2500<br>*Creditor # : 12*<br>*Narragansett Electric Company*<br>*Processing Center*<br>*Woburn MA 01807-0049* | J | *2001*<br>*Electric bill* | | | | $ 4,004.38 |
| Account No:<br>*Creditor # : 13*<br>*National Grange Mutual Ins. Co*<br>*Main Street America Assuance C* | J | *2001*<br>*Collection Matter* | | | | $ 13,351.00 |
| Account No:<br>*Representing:*<br>*National Grange Mutual Ins. Co* | | *E. Martin Stutchfield, Esq.*<br>*Winograd, Shine & Zacks, P.C.*<br>*123 Dyer Street*<br>*Providence RI 02903* | | | | |

Sheet No.   _2_   of   _5_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)        45,493.17

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Michele Perretta and Anna M. Perretta_____ / Debtor      Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    4189<br>*Creditor # : 14*<br>*New England Gas Company*<br>*P.O. Box 9646*<br>*Manchester NH 03108-9646* | *J* | *2002*<br>*Lien* | | | | *$ 25,812.56* |
| Account No:    4036<br>*Creditor # : 15*<br>*North American Capital Corp.*<br>*1804 Washington Blvd.*<br>*Baltimore MD 21230* | *J* | *2001*<br>*Lien* | | | | *$ 3,418.83* |
| Account No:<br>*Representing:*<br>*North American Capital Corp.* | | *Law Offices Howard Lee Schiff*<br>*10 Dorrance Street*<br>*Providence RI 02903* | | | | |
| Account No:    2081<br>*Creditor # : 16*<br>*Nynex Information Resources*<br>*c/o Donald J. Nasif, Esq.*<br>*1408 1/2 Atwood Avenue #7*<br>*Johnston RI 02919* | *J* | *2001*<br>*Collection Matter* | | | | *$ 11,661.28* |
| Account No:    1416<br>*Creditor # : 17*<br>*Quest Diagnostics*<br>*PO Box 64363*<br>*Baltimore MD 21264-4363* | *J* | *2001*<br>*Medical Bills* | | | | *$ 83.25* |
| Account No:    1415<br>*Creditor # : 18*<br>*Quest Diagnostics*<br>*PO Box 64363*<br>*Baltimore MD 21264-4363* | *J* | *2001*<br>*Medical Bills* | | | | *$ 156.22* |

Sheet No.    _3_ of    _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | *41,132.14* |
| **Total $**<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Michele Perretta and Anna M. Perretta_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  1414 <br> Creditor # : 19 <br> Quest Diagnostics <br> PO Box 64363 <br> Baltimore MD 21264-4363 | J | 2001 <br> Medical Bills | | | | $ 147.53 |
| Account No:  251T <br> Creditor # : 20 <br> RNI Insurance Company | J | 2002 <br> Lien | | | | $ 123,218.63 |
| Account No:  4725 <br> Creditor # : 21 <br> Rossi Law Offices <br> 28 Thurber Blvd. <br> PO Box 17339 <br> Smithfield RI 02917 | J | 2001 <br> Credit | | | | $ 3,592.84 |
| Account No:  3364 <br> Creditor # : 22 <br> Sears <br> P.O. Box 182149 <br> Columbus OH 43218-2149 | J | 2001 <br> Credit Card Purchases | | | | $ 3,818.94 |
| Account No:  89-0 <br> Creditor # : 23 <br> The Chapin & Bangs Company <br> c/o Marc D. Wallick, Esq. <br> 51 Jefferson Blvd. <br> Warwick RI 02888 | J | 2001 <br> Collection Matter | | | | $ 632.20 |
| Account No:  26-0 <br> Creditor # : 24 <br> Tubular Steel, Inc. <br> c/o Marc D. Wallick, Esq. <br> 51 Jefferson Blvd. <br> Warwick RI 02888 | J | 2001 <br> Collection Matter | | | | $ 7,148.36 |

Sheet No.  __4__ of  __5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    138,558.50

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  **Michele Perretta and Anna M. Perretta**_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    84-0<br>Creditor # : 25<br>TXI Chaparral Steel<br>c/o Marc D. Wallick, Esq.<br>51 Jefferson Blvd.<br>Warwick RI 02888 | J | 2001<br>Collection Matter | | | | $ 37,778.42 |
| Account No:    0055<br>Creditor # : 26<br>Verizon<br>PO Box 1<br>Worcester MA 01654-0001 | J | 2001<br>Phone Bill | | | | $ 2,133.21 |
| Account No:    86-0<br>Creditor # : 27<br>WJFD-FM d/b/a WJFD 97.3 FM<br>c/o Marc D. Wallick, Esq.<br>51 Jefferson Blvd.<br>Warwick RI 02888 | J | 2001<br>Collection Matter | | | | $ 3,483.31 |
| Account No:    7275<br>Creditor # : 28<br>Wyse Financial Services, Inc.<br>3410 South Galena Street<br>Suite 250<br>Denver CO 80231 | J | 2001<br>Credit | | | | $ 1,185.83 |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No.  __5__ of  __5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ <br>(Total of this page) | 44,580.77 |
| Total $ <br>(Report total also on Summary of Schedules) | 305,584.90 |

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re **Michele Perretta and Anna M. Perretta**

Case No.

Chapter  **11**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| | | | AMOUNTS SCHEDULED | | |
| A-Real Property | **Yes** | **1** | $    **625,000.00** | | |
| B-Personal Property | **Yes** | **3** | $      **7,800.00** | | |
| C-Property Claimed as Exempt | **Yes** | **1** | | | |
| D-Creditors Holding Secured Claims | **Yes** | **1** | | $    **845,327.00** | |
| E-Creditors Holding Unsecured Priority Claims | **Yes** | **3** | | $     **46,412.83** | |
| F-Creditors Holding Unsecured Nonpriority Claims | **Yes** | **6** | | $    **305,584.90** | |
| G-Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H-Codebtors | **Yes** | **1** | | | |
| I-Current Income of Individual Debtor(s) | **Yes** | **1** | | | $      **7,085.00** |
| J-Current Expenditures of Individual Debtor(s) | **Yes** | **1** | | | $      **6,491.00** |
| Total Number of Sheets in All Schedules ▶ | | **19** | | | |
| Total Assets ▶ | | | $    **632,800.00** | | |
| Total Liabilities ▶ | | | | $  **1,197,324.73** | |

FORM B6 (6/90) West Group, Rochester, NY

In re **Michele Perretta and Anna M. Perretta** _____ / Debtor    Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____          Signature **/s/ Michele Perretta** _____
                                         **Michele Perretta**

Date: _____          Signature **/s/ Anna M. Perretta** _____
                                         **Anna M. Perretta**

FORM B6A (6/90) West Group, Rochester, NY

In re _Michele Perretta and Anna M. Perretta_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *380 Pippin Orchard Road, Cranston, RI* | *Tenants - Entirety* | J | $ 625,000.00 | $ 625,000.00 |
| | | | | |
| | **TOTAL $** **(Report also on Summary of Schedules.)** | | **625,000.00** | |

No continuation sheets attached

FORM B6B (10/89) West Group, Rochester, NY

In re **Michele Perretta and Anna M. Perretta** _____ / Debtor        Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Computer* *Location: In debtor's possession* | J | $ 300.00 |
| | | *Dishes, Utensils, etc.* *Location: In debtor's possession* | J | $ 500.00 |
| | | *Furniture* *Location: In debtor's possession* | J | $ 2,000.00 |
| | | *Lawnmower, Hoses, Rakes, Rototiller* *Location: In debtor's possession* | J | $ 300.00 |
| | | *Power & Hand Tools* *Location: In debtor's possession* | J | $ 200.00 |
| | | *Small Appliances* *Location: In debtor's possession* | J | $ 1,000.00 |
| | | *Stove/Refrigerator* *Location: In debtor's possession* | J | $ 500.00 |

FORM B6B (10/89) West Group, Rochester, NY

In re __Michele Perretta and Anna M. Perretta_____ / Debtor     Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Washer/Dryer* *Location: In debtor's possession* | *J* | $ 400.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Books, Stamps, etc.* *Location: In debtor's possession* | *J* | $ 300.00 |
| 6.  Wearing apparel. | | *Clothing* *Location: In debtor's possession* | *J* | $ 600.00 |
| 7.  Furs and jewelry. | | *Jewelry* *Location: In debtor's possession* | *J* | $ 900.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | *X* | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | *X* | | | |
| 10. Annuities. Itemize and name each issuer. | *X* | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | *X* | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *100 % Interest in M & M Iron, Inc.* *Location: In debtor's possession* | *J* | $ 0.00 |
| | | *100% Interest in M & M Iron Work & Doors, Inc.* *Location: In debtor's possession* | *J* | $ 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | *X* | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | *X* | | | |
| 15. Accounts Receivable. | *X* | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | *X* | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | *X* | | | |

Page __2__ of __3__

In re **_Michele Perretta and Anna M. Perretta_** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | X | | | | |
| 24. Boats, motors, and accessories. | X | | | | |
| 25. Aircraft and accessories. | X | | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | | |
| 28. Inventory. | X | | | | |
| 29. Animals. | | _Two Cows_<br>_Location: In debtor's possession_ | J | | $ 400.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | | |
| 31. Farming equipment and implements. | X | | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | _Two Shotguns_<br>_Location: In debtor's possession_ | J | | $ 400.00 |

Total ➡                                    $ 7,800.00

(Report total also on Summary of Schedules.)<br>Include amounts from any continuation sheets attached.

In re *Michele Perretta and Anna M. Perretta*                              / Debtor         Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been
located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any
other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process
under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *380 Pippin Orchard Road, Cranston, RI* | *Genl. Laws of R.I. §9-26-4.1* | *$ 0.00* | *$ 625,000.00* |
| *Computer* | *Genl. Laws of R.I. §9-26-4(3)* | *$ 300.00* | *$ 300.00* |
| *Dishes, Utensils, etc.* | *Genl. Laws of R.I. §9-26-4(3)* | *$ 500.00* | *$ 500.00* |
| *Furniture* | *Genl. Laws of R.I. §9-26-4(3)* | *$ 2,000.00* | *$ 2,000.00* |
| *Lawnmower, Hoses, Rakes, Rototiller* | *Genl. Laws of R.I. §9-26-4(3)* | *$ 300.00* | *$ 300.00* |
| *Power & Hand Tools* | *Genl. Laws of R.I. §9-26-4(3)* | *$ 200.00* | *$ 200.00* |
| *Small Appliances* | *Genl. Laws of R.I. §9-26-4(3)* | *$ 1,000.00* | *$ 1,000.00* |
| *Stove/Refrigerator* | *Genl. Laws of R.I. §9-26-4(3)* | *$ 500.00* | *$ 500.00* |
| *Washer/Dryer* | *Genl. Laws of R.I. §9-26-4(3)* | *$ 400.00* | *$ 400.00* |
| *Books, Stamps, etc.* | *Genl. Laws of R.I. §9-26-4(4)* | *$ 300.00* | *$ 300.00* |
| *Clothing* | *Genl. Laws of R.I. §9-26-4(1)* | *$ 600.00* | *$ 600.00* |
| *Jewelry* | *Genl. Laws of R.I. §9-26-4(14)* | *$ 900.00* | *$ 900.00* |

FORM B6E (12/03) West Group, Rochester, NY

In re <u>Michele Perretta and Anna M. Perretta</u> _____ / Debtor          Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>     2     </u> continuation sheets attached

FORM B6E (12/03) West Group, Rochester, NY

In re _Michele Perretta and Anna M. Perretta_____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *9813* <br> **Creditor # : 1** <br> **Internal Revenue Service** <br> **Andover MA 05501** | J | *1999* <br> *Federal Tax Lien* | | | | *$ 4,052.32* | *$ 0.00* |
| Account No: *9813* <br> **Creditor # : 2** <br> **Internal Revenue Service** <br> **Andover MA 05501** | J | *1999* <br> *Federal Tax Lien* | | | | *$ 3,507.43* | *$ 0.00* |
| Account No: *9813* <br> **Creditor # : 3** <br> **Internal Revenue Service** <br> **Andover MA 05501** | J | *2000* <br> *Federal Tax Lien* | | | | *$ 3,413.00* | *$ 0.00* |
| Account No: *9813* <br> **Creditor # : 4** <br> **Internal Revenue Service** <br> **Andover MA 05501** | J | *2001* <br> *Federal Tax Lien* | | | | *$ 5,547.55* | *$ 0.00* |
| Account No: *9813* <br> **Creditor # : 5** <br> **Internal Revenue Service** <br> **Andover MA 05501** | J | *1998* <br> *Federal Tax Lien* | | | | *$ 5,615.15* | *$ 0.00* |
| Account No: *9813* <br> **Creditor # : 6** <br> **Internal Revenue Service** <br> **Andover MA 05501** | J | *1997* <br> *Federal Tax Lien* | | | | *$ 1,066.09* | *$ 0.00* |
| Account No: *9813* <br> **Creditor # : 7** <br> **Internal Revenue Service** <br> **Andover MA 05501** | J | *2002* <br> *Taxes* | | | | *$ 5,865.96* | *$ 0.00* |

Sheet No. _1_ of _2_ continuation sheets attached to

Schedule of Creditors

Subtotal $    29,067.50
(Total of this page)
Total $
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re _Michele Perretta and Anna M. Perretta_____/ Debtor      Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 8* <br> *Municipal Collection Agency* <br> *198 Dyer Street 2nd Fl.* <br> *Providece RI 02903* | J | *2002* <br> *Intrest on Taxes* | | | | *$ 223.09* | *$ 0.00* |
| Account No: <br> *Creditor # : 9* <br> *Municipal Collection Agency* <br> *198 Dyer Street 2nd Fl.* <br> *Providece RI 02903* | J | *2002* <br> *Tax* | | | | *$ 1,487.27* | *$ 0.00* |
| Account No: *5160* <br> *Creditor # : 10* <br> *Municipal Collection Agency* <br> *198 Dyer Street 2nd Fl.* <br> *Providece RI 02903* | J | *2001* <br> *Motor Vehicle Taxes* | | | | *$ 1,299.69* | *$ 0.00* |
| Account No: *4923* <br> *Creditor # : 11* <br> *State of Rhode Island* <br> *Division of Taxation* <br> *One Capitol Hill, Ste. 21* <br> *Providence RI 02908-5813* | J | *2003* <br> *Credit Card Purchases* | | | | *$ 10,100.00* | *$ 0.00* |
| Account No: *1258* <br> *Creditor # : 12* <br> *U.S Department of the Treasury* <br> *LineBarger, Googgan, Blair & S* <br> *PO Box 530285* <br> *Atlanta GA 30353* | J | *2001* <br> *Safety & Health* | | | | *$ 4,235.28* | *$ 0.00* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

H--Husband
W--Wife
J--Joint
C--Community

Sheet No. __2__ of __2__ continuation sheets attached to
Schedule of Creditors

Subtotal $ (Total of this page)   *17,345.33*

Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)   *46,412.83*

FORM B6G (10/89) West Group, Rochester, NY

In re **_Michele Perretta and Anna M. Perretta_** _____ / Debtor      Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

Page ___1___ of ___1___

FORM B6H (6/90) West Group, Rochester, NY

In re **_Michele Perretta and Anna M. Perretta_** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

FORM B6I (12/03) West Group, Rochester, NY

In re **Michele Perretta and Anna M. Perretta** _____ / Debtor   Case No. _____

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Status: **Married** | RELATIONSHIP | AGE |
| | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **M & M Iron, Inc.** | |
| How Long Employed | **2 years** | |
| Address of Employer | **12 Molter Street** **Cranston Rhode Island  02910** | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 10,031.67 | $ 0.00 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 10,031.67 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 2,946.67 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,946.67 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 7,085.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 7,085.00 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME   $ 7,085.00 (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re _Michele Perretta and Anna M. Perretta_ _____ / Debtor          Case No. _____
                                                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 5,062.00 |
| Are real estate taxes included?     Yes ☒   No ☐ | |
| Is property insurance included?     Yes ☒   No ☐ | |
| Utilities: Electricity and heating fuel | $ 250.00 |
|     Water and sewer | $ 0.00 |
|     Telephone | $ 100.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 75.00 |
| Food | $ 475.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 50.00 |
| Medical and dental expenses | $ 200.00 |
| Transportation (not including car payments) | $ 129.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 0.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| TOTAL MONTHLY EXPENSES     (Report also on Summary of Schedules) | $ 6,491.00 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re *Michele Perretta*
    *and*
    *Anna M. Perretta*

Case No.

Chapter  *11*

_____/ Debtor

### STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

    Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number  of  the  question.

---

### DEFINITIONS

    "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

    "Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C.  §101.

## 1. Income from employment or operation of business.

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter  13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is  not  filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| *Year to date: $53,053.00* | *M & M Iron, Inc.* |
| *Last Year: $115,521.00* | *M & M Iron, Inc.* |
| *Year before: $118,000.00* | *M & M Iron, Inc.* |

---

## 2. Income other than from employment or operation of business.

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is  not  filed.)

☒ NONE

---

## 3. Payments to creditors.

    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is  not  filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Ford Motor Credit Company vs. Michael Perretta CA#: 04-2431* | *Collection Matter* | *Sixth Division District Court One Dorrance Plaza Providence, RI 02903* | *Unknown* |
| *RLI Insurance Company vs. M&M Iron Works & Doors, Inc. Michele Parretta, Anna Perretta and Mario Perretta* | *Collection Matter* | *United States District Court District of Rhode Island* | *Unknown* |
| *National Grange Mutual Insur. vs. Michele Perretta d/b/a M&M Iron Works & Doors* | *Collection Matter* | *Providence Superior Court 250 Benefit Street Providence, RI 02903* | *Unknown* |
| *American Steel & Aluminum Corp. vs. Michele Perretta* | *Body Attachment* | *Sixth Division District Court One Dorrance Plaza Providence, RI 02903* | *Unknown* |
| *Industrial Welder's Supply, Inc. vs. Michael Perretta, Alias, d/b/a M&M Iron Works & Doors, Inc.; and Mario Perretta, Alias, d/b/a M&M Iron Works & Doors, Inc.* | *Collection Matter* | *Second Division District Court Murray Judicial Complex 45 Washington Square Newport, RI 02840* | *Unknown* |

QUESTION 4a CONTINUED ...

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Ford Motor Credit Corp. vs. M&M Iron Works & Doors CA#: 03-2207* | *Collection Matter* | *Sixth Division District Court One Dorrance Plaza Providence, RI 02903* | *Unknown* |
| *Nynex Information Resources vs. Michelle Perretta, Alias d/b/a Best Doors, Inc.* | *Collection Matter* | *Third Division District Court 222 Quaker Lane Warwick, RI 02888* | *Unknown* |
| *Infra-Metals vs. Michele Perretta d/b/a M&M Iron Works & Doors, Inc. CA#: 03-528* | *Collection Matter* | *Sixth Division District Court One Dorrance Plaza Providence, RI 02903* | *$3,770.71* |
| *Tubular Steel, Inc. vs. Michele Perretta d/b/a M&M Iron Works & Doors, Inc. CA#: 03-1126* | *Collection Matter* | *Sixth Division District Court One Dorrance Plaza Providence, RI 02903* | *$7,148.36* |
| *TXI Chaparral Steel vs. Michele Perretta d/b/a M&M Iron Works& Doors, Inc. CA#: 01-584* | *Collection Matter* | | *$37,778.42* |
| *WJFD-FM, Inc. d/b/a WJFD 97.3 FM vs. Michele Perretta d/b/a M&M Iron Works & Doors, Inc. ca#: 04-3383 CA#: 03-1086* | *Collection Matter* | *Sixth Division District Court One Dorrance Plaza Providence, RI 02903* | *$3,970.68* |

QUESTION 4a CONTINUED ...

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *The Chapin & Bangs Company* *vs.* *Michele Perretta d/b/a M&M Iron Works & Doors, Inc.* *CA#: 04-00189-0* | *Collection Matter* | | *$632.20* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Ford Motor Credit* *Address: P.O. Box 543099* *Omaha, NE 68154* | | *Description:  Notice & Motion to Attach Wages* *Value:  Unknown* |
| *Name: North American Capital Corp.* *Address:  1804 Washington Blvd.* *Baltimore, MD 21230* | | *Description:  Notice & Motion to Attach Wages* *Value:  Unknown* |

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:  Ford Motor Credit* *Address:* | | *Description:  2002 Chrysler* *Value:* |

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Edward G. Lawson, Jr., Esq.* *Address:* *260 Lonsdale Avenue* *Pawtucket, RI 02860* | *Date of Payment:* *Payor: Michele Perretta* | *$3,161.00* |

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

---

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

---

### 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  Signature  */s/ Michele Perretta*_____

*Michele Perretta*

Date _____  Signature  */s/ Anna M. Perretta*_____

*Anna M. Perretta*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In re **Michele Perretta**
    **and**
**Anna M. Perretta**

Case No.

Chapter *11*

_____ / Debtor

Attorney for Debtor: *Edward G. Lawson, Jr., Esq.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*3,161.00*____
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____*3,161.00*____
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*____

3. $_____*839.00*_____of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated:                       Respectfully submitted,

                      X */s/ Edward G. Lawson, Jr., Esq.*_____

Attorney for Petitioner: *Edward G. Lawson, Jr., Esq.*
                          *Edward G. Lawson, Jr., Esq.*
                          *260 Lonsdale Avenue*
                          *Pawtucket RI  02860*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In re *Michele Perretta*
     *and*
     *Anna M. Perretta*

Case No.

Chapter *11*

_____ / Debtor

Attorney for Debtor: **Edward G. Lawson, Jr., Esq.**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Michele Perretta* _____
Debtor

*/s/ Anna M. Perretta* _____
Joint Debtor

Federal Pipe & Steel Corp.
Joey Road
Plymouth, MI


Joseph A. Caramadre
Colart Towers, Ste 2-4
400 Reservoir Ave.
Providence, RI  02907


Litton Loan Servicing, LP
4828 Loop Central Drive
Houston, TX  77081


Shechtman, Halperin & Savage
86 Weybossett Street
Providence, RI  02903


Internal Revenue Service
Andover, MA  05501


Municipal Collection Agency
198 Dyer Street 2nd Fl.
Providece, RI  02903


State of Rhode Island
Division of Taxation
One Capitol Hill, Ste. 21
Providence, RI  02908-5813


U.S Department of the Treasury
LineBarger, Googgan, Blair & S
PO Box 530285
Atlanta, GA  30353


Advanced Radiology, Inc.
525 Broad Street, Ste. 202
Cumberland, RI  02864

```
AT&T
P.O. Box 1200
Newark, NJ  07101-1200


Atlantic Bus. Ser. Group, Inc.
PO Box 437
No. Scituate, MA  02060-0437


Citizens Bank
One Citizens Plaza
Providence, RI  02903


Cox Communications
P.O. box 39
Newark, NJ  07101


E. Martin Stutchfield, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI  02903


Ford Motor Credit
P.O. Box 543099
Omaha, NE  68154


Industrial Welder's Supply Inc
c/o Paul F. Koblitz, Esq.
42 Spring Street
Newport, RI  02840


Infra-Metals
c/o Marc D. Wallick, Esq.
51 Jefferson Blvd.
Warwick, RI  02888
```

Law Offices Howard Lee Schiff
10 Dorrance Street
Providence, RI  02903


Memorial Hospital of RI
111 Brewster Street
Pawtucket, RI  02860


Micheletti Oil Service
987 Plainfield St.
Johnston, RI  02919


Narragansett Electric Company
280 Melrose Street
P.O. Box 1438
Providence, RI  02901


Narragansett Electric Company
Processing Center
Woburn, MA  01807-0049


National Grange Mutual Ins. Co
Main Street America Assuance C


New England Gas Company
P.O. Box 9646
Manchester, NH  03108-9646


North American Capital Corp.
1804 Washington Blvd.
Baltimore, MD  21230


Nynex Information Resources
c/o Donald J. Nasif, Esq.
1408 1/2 Atwood Avenue #7
Johnston, RI  02919

Quest Diagnostics
PO Box 64363
Baltimore, MD  21264-4363


RNI Insurance Company


Rossi Law Offices
28 Thurber Blvd.
PO Box 17339
Smithfield, RI  02917


Sears
P.O. Box 182149
Columbus, OH  43218-2149


Strauss, Factor, Laing & Lyons
Lynda L. Laing, Esq.
222 Richmond Street, Ste. 208
Providence, RI  02903


The Chapin & Bangs Company
c/o Marc D. Wallick, Esq.
51 Jefferson Blvd.
Warwick, RI  02888


Tubular Steel, Inc.
c/o Marc D. Wallick, Esq.
51 Jefferson Blvd.
Warwick, RI  02888


TXI Chaparral Steel
c/o Marc D. Wallick, Esq.
51 Jefferson Blvd.
Warwick, RI  02888

```
Verizon
PO Box 1
Worcester, MA  01654-0001


WJFD-FM d/b/a WJFD 97.3 FM
c/o Marc D. Wallick, Esq.
51 Jefferson Blvd.
Warwick, RI  02888


Wyse Financial Services, Inc.
3410 South Galena Street
Suite 250
Denver, CO  80231
```

FORM B6D (12/03) West Group, Rochester, NY

In re _Michele Perretta and Anna M. Perretta_____ / Debtor      Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1**<br>**Federal Pipe & Steel Corp.**<br>**Joey Road**<br>**Plymouth MI** | J | **2001**<br>**Third Mortgage**<br><br>Value: **$ 625,000.00** | | | | **$ 60,000.00** | **$ 60,000.00** |
| Account No: **1344**<br>**Creditor # : 2**<br>**Joseph A. Caramadre**<br>**Colart Towers, Ste 2-4**<br>**400 Reservoir Ave.**<br>**Providence RI 02907** | J | **2001**<br>**Second Mortgage/Lien**<br><br>Value: **$ 625,000.00** | | | | **$ 255,000.00** | **$ 160,327.00** |
| Account No: **6912**<br>**Creditor # : 3**<br>**Litton Loan Servicing, LP**<br>**4828 Loop Central Drive**<br>**Houston TX 77081** | J | **2001**<br>**First Mortgage**<br><br>Value: **$ 625,000.00** | | | | **$ 530,327.00** | **$ 0.00** |
| Account No:<br>**Representing:**<br>**Litton Loan Servicing, LP** | | **Shechtman, Halperin & Savage**<br>**86 Weybossett Street**<br>**Providence RI 02903**<br><br>Value: | | | | | |

No continuation sheets attached

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 845,327.00 |
| Total $<br>(Use only on last page. Report total also on Summary of Schedules) | 845,327.00 |