*United States Bankruptcy Court*
*for the District of Rhode Island*

---

In Re:

|  |  |
|---|---|
| MICHELE & ANNA PERRETTA | Petition No.: 04-12168 |
| Debtor(s) | Chapter 11 |

---

## APPLICATION FOR EMPLOYMENT

Now come the undersigned who petition this Court that Edward G. Lawson be employed as counsel for the Debtors.

By the debtors in possession,             For the debtors
                                          By their attorney,


/s/ Michele Perretta 7/2/04               /s/ Edward G. Lawson 6/9/04
                                          Edward G. Lawson, Jr. #0517
/s/ Anna M. Perretta 7/2/04               260 Lonsdale Avenue
                                          Pawtucket, RI 02860
                                          (401) 725-1810
                                          Fax: (401) 725-2244


## NOTICE

Within ten (10) days after service, twenty (20) days for the U.S. Government officers and agencies thereof, any party against whom a "pleading" is filed, or any other party to the action who objects to the relief sought therein, shall serve and file an objection to that pleading. Every party filing a written opposition shall serve and file with or in his/her response a memorandum containing the authorities and reasons supporting his/her position, together with any affidavits or other material in support of the opposition. The Clerk is not authorized to accept for filing a response opposing a pleading without a memorandum. The memorandum must cite applicable sections of the Bankruptcy Code and Bankruptcy Rules.

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to the US Trustee, 10 Dorrance Street, Room 910, Providence, RI 02903, on this 2nd day of July, 2004.


                                          /s/ Edward G. Lawson 7/2//04