**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE:

| | |
|---|---|
| MICHELE & ANNA PERETTA | CHAPTER 11 |
| | BK. NO. 04-12168 |

**AFFIDAVIT IN SUPPORT OF APPLICATION**
**TO EMPLOY COUNSEL**

The undersigned deposes and says:

1. I am an attorney admitted to practice within the State of Rhode Island.

2. To the best of my knowledge and belief, I do not represent or have represented any entity, as defined in 11 U.S.C. Section 101(15), in the above captioned action except for the personal injury claim.

3. To the best of my knowledge, I am a "disinterested person" as defined in Bankruptcy Code Section 101(14) and except as set forth above do not represent or hold any interest adverse to the trustee or the estate in the matters upon which we are to be engaged.

Signed under the pains and penalties of perjury this 4th day of June, 2004 (28 U.S.C. Section 1746).

/s/ Edward G. Lawson 7/2/04
Edward G. Lawson #0517
260 Lonsdale Avenue
Pawtucket, RI 02860
401 725 1810
401 725 2244 fax