UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - *
In re:                            :

Michele & Anna M. Perretta        :    BK No. 04-12168

        Debtor(s)                 :
                                       Chapter 11
- - - - - - - - - - - - - - - - - *

### ORDER, NOTICE OF DEADLINES, AND DATE SET FOR §105(d) STATUS CONFERENCE

On **July 2, 2004**, an order for relief under Chapter 11 of the Bankruptcy Code was entered in the instant case.  **YOU MUST COMPLY WITH THE REQUIREMENTS SPECIFIED BELOW, AND FAILURE TO COMPLY MAY CONSTITUTE CAUSE UNDER 11 U.S.C. § 1112(b) FOR DISMISSAL OR CONVERSION OF THE CASE TO CHAPTER 7.**

    1. **Counsel for the Debtor-in-Possession must file an Application to be Employed, together with an Affidavit of Disinterestedness, within 30 days of the Chapter 11 filing or the commencement of services, whichever occurs later.**  *See,* **Fed. R. Bankr. P. 2014 and Local Bankr. R. 2014-1(c);**

    2. Debtor shall file the lists, schedules, and statements required by Fed. R. Bankr. P. 1007 within the time limits specified therein;

    3. The disclosures of attorney compensation required by 11 U.S.C. § 329 must be filed within fifteen (15) days of the filing, which is **July 19, 2004**;

    4. Debtor must appear and submit to examination under oath at the meeting of creditors pursuant to 11 U.S.C. § 341(a);

    5. Debtor is required to comply with the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, and specific reference is made to 11 U.S.C. § 1107(a) and Fed. R. Bankr. P. 2015(a).  Pursuant to Bankr. Rule 2015(a), debtor is directed to file and transmit to the U.S. Trustee within 30 days after qualifying as a debtor in possession, a complete inventory of the property.

    6. **A Status Conference pursuant to Section 105(d) will be held at the United States Bankruptcy Court on September 2, 2004 at 9:30 a.m. The Debtor is required to appear and to report as to the anticipated date for the filing of a plan and disclosure statement and the expected contents thereof. At the § 105(d) status conference, the Court will,** *inter alia,* **set the deadline for the Debtor to file the Plan of Reorganization and the Disclosure Statement.**

    7. Except for governmental units which are governed by 11 U.S.C. § 502(b)(9), the Bar Date for the filing of claims in a Chapter 11 case is 60 days from the initial § 341 Meeting.  Any supplemental bar date must be requested by motion and MUST EXPIRE before the filing of the Disclosure Statement, unless after notice and a hearing a later date is specifically authorized by the Court.  **OBJECTIONS TO CLAIMS IN A CHAPTER 11 CASE MUST BE FILED BEFORE THE FILING OF THE DISCLOSURE STATEMENT, unless otherwise authorized by the Court for cause shown.**

    8. The Debtor shall file an original monthly report with the Clerk of the Bankruptcy Court, and shall simultaneously serve a copy upon the U.S. Trustee.  The monthly reports shall be in the form specified by the U.S. Trustee. Said reports are due on a calendar month basis and shall be filed by the 20'th of the month following the month reported on;

    9. The Debtor shall pay the required quarterly fees to the U.S. Trustee, no later than one month following the end of each calendar quarter.

ORDER:                              ENTER:

JLD                                 _____
Deputy Clerk                        Arthur N. Votolato
                                    US Bankruptcy Judge
                                    Date: 7/2/04

Entered on Docket: 7/2/04