*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

*In re: Michele Perretta and Anna M. Perretta*

*BK No. 1:04-bk-12168*

*Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed -- Chapter* **11** *Case*

A petition was filed in the above-referenced case on **7/2/04**. Pursuant to Rhode Island LBR 1007, please be advised that the following documents are missing and must be filed within 15 days of the petition date, **July 19, 2004 .**

*Failure to timely file the missing documents or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice, with a 180-day bar to refiling.*

Exhibit A

Other:

## Certificate of Service

| **Debtor** | **Debtor's Attorney** | **Trustee** |
|---|---|---|
| Regular Mail | Regular Mail | Regular Mail |

*Dated : 7/2/04*
**Document Number:  5 - 1**

311.jsp form 311

*Susan M. Thurston*
*Clerk, U.S. Bankruptcy Court*

*By:  JLD*
*Deputy Clerk*