**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**380 Westminster Street, 6th Floor**
**Providence, RI 02903**
**www.rib.uscourts.gov**
**(401)528-4477**

*In re: Michele Perretta and Anna M. Perretta*      *BK No. 1:04–bk–12168*

*2 Day Notice of Missing Documents and*
*Notice of Dismissal if Documents are Not Timely Filed*

A petition was filed in the above–referenced case on **7/2/04**. Pursuant to Rhode Island LBR 1002–1, please be advised that the following documents are missing and must be filed within **Two (2) days** of the petition date, **7/8/04**.

*Failure to timely file the missing documents or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice, with a 180–day bar to refiling.*

Form 21 Stmt of ss #

Other: *SS # of Joint Debtor *issuance of 2 day notice 7/6/04**

*Susan M. Thurston*
*Clerk, US Bankruptcy Court*

## Certificate of Service

**Debtor**                                    **Debtor's Attorney**
Telephone Notice & Regular Mail               Telephone Notice & Regular Mail

Dated : 7/6/04
Document Number:  6 - 1                       By: JLD
                                                  Deputy Clerk

313.jsp #313