FILED JUL 07 '04 11:29 USBCRI

R.I. Bankr. Form P.4— *see* R.I. LBR 5005-4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - - - - - - - - - - *

In re:   Michele Perretta and   :
         Anna Perretta
                                    BK No. 04-12168
         Debtor(s)          :      Chapter 11
- - - - - - - - - - - - - - - - - - - - - - - - - - - *

## DECLARATION REGARDING ELECTRONIC FILING FOR ALL OTHER DOCUMENTS REQUIRING ORIGINAL SIGNATURES

**PART 1 - Declaration of Declarant:**

I [We] __Michele Perretta and Anna Perretta__, the undersigned declarant(s), hereby declare under penalty of perjury that I have signed the document identified below and that the information contained in the electronically filed document identified below is true and correct, to the best of my knowledge and belief. I understand that this DECLARATION REGARDING ELECTRONIC FILING is to be filed with the Clerk after the document identified below has been filed electronically but, in no event, no later than 15 days after the document has been filed. I acknowledge receipt of a copy of the electronically filed document. **I understand that any false information provided knowingly or fraudulently in the petition and schedules may subject me to federal criminal prosecution for concealment of assets, and making false oaths and claims pursuant to 18 U.S.C. § 152, bankruptcy fraud pursuant to 18 U.S.C. § 157, or pursuant to any other applicable federal criminal statute.**

**PART 2 - Identification of Document:**

[Name of document] dated __July 2, 2004__, consisting of __2__ pages
Application to Employ & Affidavit

I understand and agree that failure to timely file the signed original of this DECLARATION is grounds for the Court to strike the document identified above from the record in this proceeding.

Dated: 7/2/04

Name: Michele Perretta
Title:

(Insert acknowledgment if required)

**Part 3 - Declaration of Attorney:**

I declare that I am familiar with Fed. R. Bankr. P. 9011 and that the representations contained in Fed. R. Bankr. P. 9011(b) are applicable to this filing and such representations are adopted and incorporated herein by reference. I further certify that the declarant signed this Declaration and authorized me to electronically file the document identified above, that I gave the declarant a copy of the electronically filed document identified above, and that the document identified in the *Notice of Electronic Filing* from the CM/ECF system is the document identified above.

Dated: 7/2/04

Name: _____

**(FILE ORIGINAL WITH THE COURT. DO NOT FILE ELECTRONICALLY)**