*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

*In re: Michele Perretta and Anna M. Perretta*

*BK No. 1:04–bk–12168*

*Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed –– Chapter* **11** *Case*

A petition was filed in the above–referenced case on **7/2/04** . Pursuant to Rhode Island LBR 1007, please be advised that the following documents are missing and must be filed within 15 days of the petition date, **July 19, 2004 .**

*Failure to timely file the missing documents or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice, with a 180–day bar to refiling.*

Exhibit A

Other:

## Certificate of Service

| **Debtor** | **Debtor's Attorney** | **Trustee** |
|---|---|---|
| Regular Mail | Regular Mail | Regular Mail |

*Dated : 7/2/04*
**Document Number:  5 - 1**

311.jsp form 311

*Susan M. Thurston*
*Clerk, U.S. Bankruptcy Court*

*By:  JLD*
*Deputy Clerk*

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0103-1           User: jen              Page 1 of 1            Date Rcvd: Jul 06, 2004
Case: 04-12168                 Form ID: 311           Total Served: 4

The following entities were served by first class mail on Jul 08, 2004.
db         +Michele Perretta,    380 Pippin Orchard Road,    Cranston, RI 02921-3616
jdb        +Anna M. Perretta,    380 Pippin Orchard Road,    Cranston, RI 02921-3616
aty        +Edward G. Lawson, Jr.,    260 Lonsdale Avenue,    Pawtucket, RI 02860-2718
ust        +Leonard DePasquale,    US Trustee's Office,    Room 910,    10 Dorrance Street,
             Providence, RI 02903-2018

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2004**              Signature: *Joseph Speetjens* (signed)