***UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
380 Westminster Street, 6th Floor
Providence, RI 02903
www.rib.uscourts.gov
(401)528-4477***

*In re:  Michele Perretta  and Anna M.
Perretta*                                                                        BK No. 1:04−bk−12168

*2 Day Notice of Missing Documents and
Notice of Dismissal if Documents are Not Timely Filed*

A petition was filed in the above−referenced case on **7/2/04** . Pursuant to Rhode Island LBR 1002−1, please be advised that the following documents are missing and must be filed within ***Two (2) days*** of the petition date, **7/8/04 .**

***Failure to timely file the missing documents or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice, with a 180−day bar to refiling.***

Form 21 Stmt of ss #

Other: ***SS # of Joint Debtor \*issuance of 2 day notice 7/6/04\****

*Susan M. Thurston
Clerk, US Bankruptcy Court*

## Certificate of Service

**<u>Debtor</u>**
Telephone Notice & Regular Mail

**<u>Debtor's Attorney</u>**
Telephone Notice & Regular Mail

*Dated : 7/6/04*
`Document Number:  6 − 1`                                           By: *JLD*
                                                                                                *Deputy Clerk*

313.jsp #313

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0103-1          User: jen               Page 1 of 1              Date Rcvd: Jul 06, 2004
Case: 04-12168                Form ID: 313            Total Served: 4
```

```
The following entities were served by first class mail on Jul 08, 2004.
db       +Michele Perretta,    380 Pippin Orchard Road,    Cranston, RI 02921-3616
jdb      +Anna M. Perretta,    380 Pippin Orchard Road,    Cranston, RI 02921-3616
aty      +Edward G. Lawson, Jr.,   260 Lonsdale Avenue,    Pawtucket, RI 02860-2718
ust      +Leonard DePasquale,    US Trustee's Office,   Room 910,   10 Dorrance Street,
          Providence, RI 02903-2018
The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2004**                    **Signature:** *Joseph Speetjens*