```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - *
In re:                             :

Michele & Anna M. Perretta         :     BK No. 04-12168

        Debtor(s)                  :
                                         Chapter 11
- - - - - - - - - - - - - - - - - *
```

### ORDER, NOTICE OF DEADLINES, AND DATE SET FOR §105(d) STATUS CONFERENCE

On **July 2, 2004**, an order for relief under Chapter 11 of the Bankruptcy Code was entered in the instant case. **YOU MUST COMPLY WITH THE REQUIREMENTS SPECIFIED BELOW, AND FAILURE TO COMPLY MAY CONSTITUTE CAUSE UNDER 11 U.S.C. § 1112(b) FOR DISMISSAL OR CONVERSION OF THE CASE TO CHAPTER 7.**

1. **Counsel for the Debtor-in-Possession must file an Application to be Employed, together with an Affidavit of Disinterestedness, within 30 days of the Chapter 11 filing or the commencement of services, whichever occurs later.** *See,* Fed. R. Bankr. P. 2014 **and Local Bankr. R. 2014-1(c);**

2. Debtor shall file the lists, schedules, and statements required by Fed. R. Bankr. P. 1007 within the time limits specified therein;

3. The disclosures of attorney compensation required by 11 U.S.C. § 329 must be filed within fifteen (15) days of the filing, which is **July 19, 2004**;

4. Debtor must appear and submit to examination under oath at the meeting of creditors pursuant to 11 U.S.C. § 341(a);

5. Debtor is required to comply with the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, and specific reference is made to 11 U.S.C. § 1107(a) and Fed. R. Bankr. P. 2015(a). Pursuant to Bankr. Rule 2015(a), debtor is directed to file and transmit to the U.S. Trustee within 30 days after qualifying as a debtor in possession, a complete inventory of the property.

6. **A Status Conference pursuant to Section 105(d) will be held at the United States Bankruptcy Court on September 2, 2004 at 9:30 a.m. The Debtor is required to appear and to report as to the anticipated date for the filing of a plan and disclosure statement and the expected contents thereof. At the § 105(d) status conference, the Court will,** *inter alia,* **set the deadline for the Debtor to file the Plan of Reorganization and the Disclosure Statement.**

7. Except for governmental units which are governed by 11 U.S.C. § 502(b)(9), the Bar Date for the filing of claims in a Chapter 11 case is 60 days from the initial § 341 Meeting. Any supplemental bar date must be requested by motion and MUST EXPIRE before the filing of the Disclosure Statement, unless after notice and a hearing a later date is specifically authorized by the Court. **OBJECTIONS TO CLAIMS IN A CHAPTER 11 CASE MUST BE FILED BEFORE THE FILING OF THE DISCLOSURE STATEMENT, unless otherwise authorized by the Court for cause shown.**

8. The Debtor shall file an original monthly report with the Clerk of the Bankruptcy Court, and shall simultaneously serve a copy upon the U.S. Trustee. The monthly reports shall be in the form specified by the U.S. Trustee. Said reports are due on a calendar month basis and shall be filed by the 20'th of the month following the month reported on;

9. The Debtor shall pay the required quarterly fees to the U.S. Trustee, no later than one month following the end of each calendar quarter.

```
ORDER:                             ENTER:

JLD                                /s/ Arthur N. Votolato
Deputy Clerk                       Arthur N. Votolato
                                   US Bankruptcy Judge
                                   Date: 7/2/04

Entered on Docket: 7/2/04
```

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

4-bk-12168    Doc 12    Filed 07/08/04    Entered 07/09/04 01:30:11    Desc
Imaged Certificate of Service    Page 2 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0103-1            User: jen                  Page 1 of 2                 Date Rcvd: Jul 06, 2004
Case: 04-12168                  Form ID: pdfdoc            Total Served: 39

The following entities were served by first class mail on Jul 08, 2004.
db         +Michele Perretta,    380 Pippin Orchard Road,    Cranston, RI 02921-3616
jdb        +Anna M. Perretta,    380 Pippin Orchard Road,    Cranston, RI 02921-3616
aty        +Edward G. Lawson, Jr.,    260 Lonsdale Avenue,    Pawtucket, RI 02860-2718
ust        +Leonard DePasquale,    US Trustee's Office,    Room 910,    10 Dorrance Street,
             Providence, RI 02903-2018
943293398   AT&T,    P.O. Box 1200,    Newark, NJ  07101-1200
943293397  +Advanced Radiology, Inc.,    525 Broad Street, Ste. 202,    Cumberland, RI 02864-6919
943293399   Atlantic Bus. Ser. Group, Inc.,    PO Box 437,    No. Scituate, MA  02060-0437
943293400  +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
943293401  +Cox Communications,    P.O. box 39,    Newark, NJ 07101-0039
943293402  +E. Martin Stutchfield, Esq.,    Winograd, Shine & Zacks, P.C.,    123 Dyer Street,
             Providence, RI 02903-3980
943293403  +Federal Pipe & Steel Corp.,    Joey Road,    Plymouth,,    MI 48170
943293404  +Ford Motor Credit,    P.O. Box 543099,    Omaha, NE 68154-9499
943293405  +Industrial Welder's Supply Inc,    c/o Paul F. Koblitz, Esq.,    42 Spring Street,
             Newport, RI 02840-2979
943293406  +Infra-Metals,    c/o Marc D. Wallick, Esq.,    51 Jefferson Blvd.,    Warwick, RI 02888-1002
943293407  +Internal Revenue Service,    Andover, MA 05501-0001
943293408  +Joseph A. Caramadre,    Colart Towers, Ste 2-4,    400 Reservoir Ave.,    Providence, RI 02907-3565
943293409  +Law Offices Howard Lee Schiff,    10 Dorrance Street,    Providence, RI 02903-2018
943293410  +Litton Loan Servicing, LP,    4828 Loop Central Drive,    Houston, TX 77081-2166
943293411  +Memorial Hospital of RI,    111 Brewster Street,    Pawtucket, RI 02860-4499
943293412  +Micheletti Oil Service,    987 Plainfield St.,    Johnston, RI 02919-6703
943293413  +Municipal Collection Agency,    198 Dyer Street 2nd Fl.,    Providece, RI 02903-3906
943293415  +Narragansett Electric Company,    280 Melrose Street,    P.O. Box 1438,    Providence, RI 02901-1438
943293414   Narragansett Electric Company,    Processing Center,    Woburn, MA  01807-0049
943293417   New England Gas Company,    P.O. Box 9646,    Manchester, NH  03108-9646
943293418  +North American Capital Corp.,    1804 Washington Blvd.,    Baltimore, MD 21230-1700
943293419  +Nynex Information Resources,    c/o Donald J. Nasif, Esq.,    1408 1/2 Atwood Avenue #7,
             Johnston, RI 02919-4815
943293420   Quest Diagnostics,    PO Box 64363,    Baltimore, MD  21264-4363
943293422  +Rossi Law Offices,    28 Thurber Blvd.,    PO Box 17339,    Smithfield, RI 02917-0704
943293423   Sears,    P.O. Box 182149,    Columbus, OH  43218-2149
943293424  +Shechtman, Halperin & Savage,    86 Weybossett Street,    Providence, RI 02903-2800
943293425   State of Rhode Island,    Division of Taxation,    One Capitol Hill, Ste. 21,
             Providence, RI  02908-5813
943293429  +TXI Chaparral Steel,    c/o Marc D. Wallick, Esq.,    51 Jefferson Blvd.,    Warwick, RI 02888-1002
943293427  +The Chapin & Bangs Company,    c/o Marc D. Wallick, Esq.,    51 Jefferson Blvd.,
             Warwick, RI 02888-1002
943293428  +Tubular Steel, Inc.,    c/o Marc D. Wallick, Esq.,    51 Jefferson Blvd.,    Warwick, RI 02888-1002
943293430  +U.S Department of the Treasury,    LineBarger, Googgan, Blair & S,    PO Box 530285,
             Atlanta, GA 30353-0285
943293431   Verizon,    PO Box 1,    Worcester, MA  01654-0001
943293432  +WJFD-FM d/b/a WJFD 97.3 FM,    c/o Marc D. Wallick, Esq.,    51 Jefferson Blvd.,
             Warwick, RI 02888-1002
943293433  +Wyse Financial Services, Inc.,    3410 South Galena Street,    Suite 250,    Denver, CO 80231-5580

The following entities were served by electronic transmission on Jul 06, 2004 and receipt of the transmission
was confirmed on:
943293426  +E-mail: vze87kq5@verizon.net Jul 06 2004 18:48:35     Strauss, Factor, Laing & Lyons,
             Lynda L. Laing, Esq.,    222 Richmond Street, Ste. 208,    Providence, RI 02903-4228
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
943293416   National Grange Mutual Ins. Co,    Main Street America Assuance C
943293421   RNI Insurance Company
                                                                                               TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0103-1          User: jen              Page 2 of 2              Date Rcvd: Jul 06, 2004
Case: 04-12168                Form ID: pdfdoc        Total Served: 39

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2004**                    **Signature:**    *Joseph Speetjens*