

**U.S. Department of Justice**

Office of the United States Trustee

*Districts of Maine, Massachusetts,
New Hampshire and Rhode Island*

---

*10 Dorrance Street, Suite 910*          *401-528-5551*
*Providence, RI 02903*                   *Fax 401-528-5163*

July 9, 2004

Clerk of Court
United States Bankruptcy Court
 for the District of Rhode Island
380 Westminster Street
Providence, RI 02903

Re:   <u>Michele and Anna M. Perretta</u>
      Bk. No.: 11-04-12168

Dear Sir or Madam:

  This will advise you that the Section 341 meeting of creditors in the above-referenced case has been scheduled for Monday, August 9, 2004 at 10:00 AM.  Please let me know if any problems arise in this regard.  Thank you.

              Sincerely,


              */s/ Leonard De Pasquale*
              Assistant United States Trustee