**FORM B9E Alt.** (Chapter 11 Individual or Joint Debtor Case) (9/97)                                   Case Number **1:04–bk–12168**

# UNITED STATES BANKRUPTCY COURT
## District of Rhode Island

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 7/2/04 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. Case documents may be viewed at www.rib.uscourts.gov at $.07 per page. NOTE:  The Clerk's office staff cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address):<br>Michele Perretta<br>380 Pippin Orchard Road<br>Cranston, RI 02921 | Anna M. Perretta<br>380 Pippin Orchard Road<br>Cranston, RI 02921 |
|---|---|
| Case Number:<br>1:04–bk–12168 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–9813<br>xxx–xx–3529 |
| Attorney for Debtor(s) (name and address):<br>Edward G. Lawson Jr.<br>260 Lonsdale Avenue<br>Pawtucket, RI 02860<br>Telephone number:  (401) 725–1810 | Bankruptcy Trustee (name and address): |

### Meeting of Creditors:

Date: **August 9, 2004**                                        Time: **10:00 AM**

Location:  **10 Dorrance Street, Room 915, , Providence, RI 02903**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim:

For all creditors(except a governmental unit): **10/8/04**                    For a governmental unit: **12/29/04**

#### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

#### Deadline to File a Complaint Objecting to Discharge of the Debtor:
*First date set for hearing on confirmation of plan.*
Notice of that date will be <u>sent at a later time.</u>

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:**<br>The Federal Center<br>380 Westminster Street<br>6th Floor<br>Providence, RI 02903<br>Telephone number:  (401) 528–4477<br>http://www.rib.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br><br><br>Susan M. Thurston |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 4:30 PM | Date:  7/12/04 |

## EXPLANATIONS

FORM B9E Alt. (9/97)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim against the debtor in the bankruptcy case. |
| Discharge of Debts: | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property: | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

−− Refer to Other Side for Important Deadlines and Notices −−

**FORM B10** (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF RHODE ISLAND | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Michele  Perretta<br>Anna M. Perretta | Case Number<br>1:04-12168 |
|---|---|

**NOTE:**      This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

04-12168

THIS SPACE IS FOR COURT USE ONLY

Telephone Number:

Account or other number by which creditor identifies debtor:

Check here if ☐ replaces
this claim    ☐ amends    a previously filed claim, dated:_____

**1.  Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)              (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**    $_____  _____  _____  _____
  (unsecured)       (secured)        (priority)         (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐   Check this box if claim includes interest or other charges in addition to the principal amount of the claim.  Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐   Check this box if your claim is secured by collateral (including a right of setoff).

  Brief Description of Collateral:
  ☐ Real Estate   ☐ Motor Vehicle
       ☐  Other_____

  Value of Collateral:    $_____

  Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim  $_____**
☐   Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

  Amount entitled to priority $_____
  Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

THIS SPACE IS FOR COURT USE ONLY

**8. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:**    *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.  If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:**      To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law.  In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor´s claim).  This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property.  A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien.  In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor´s claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim.  A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims).  The most common types of priority claims are listed on the proof of claim form.  Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims* .

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number.  If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor´s account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
Check the type of debt for which the proof of claim is being filed.  If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim.  You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed.   A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above).  If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**7. Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority.  (See DEFINITIONS, above).  A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0103-1          User: Holly           Page 1 of 2            Date Rcvd: Jul 12, 2004
Case: 04-12168                Form ID: B9E          Total Served: 41
```

The following entities were served by first class mail on Jul 14, 2004.
```
db       +Michele Perretta,   380 Pippin Orchard Road,   Cranston, RI 02921-3616
jdb      +Anna M. Perretta,   380 Pippin Orchard Road,   Cranston, RI 02921-3616
aty      +Edward G. Lawson, Jr.,   260 Lonsdale Avenue,   Pawtucket, RI 02860-2718
smg      +State of RI - Labor and Training,   Legal Department,   Bldg 72 3rd Floor,   1511 Pontiac Avenue,
          Cranston, RI 02920-4407
ust      +Leonard DePasquale,   US Trustee's Office,   Room 910,   10 Dorrance Street,
          Providence, RI 02903-2018
943293398  AT&T,   P.O. Box 1200,   Newark, NJ  07101-1200
943293397 +Advanced Radiology, Inc.,   525 Broad Street, Ste. 202,   Cumberland, RI 02864-6919
943293399  Atlantic Bus. Ser. Group, Inc.,   PO Box 437,   No. Scituate, MA  02060-0437
943293400 +Citizens Bank,   One Citizens Plaza,   Providence, RI 02903-1339
943293401 +Cox Communications,   P.O. box 39,   Newark, NJ 07101-0039
943293402 +E. Martin Stutchfield, Esq.,   Winograd, Shine & Zacks, P.C.,   123 Dyer Street,
          Providence, RI 02903-3980
943293403 +Federal Pipe & Steel Corp.,   Joey Road,   Plymouth,,   MI 48170
943293404 +Ford Motor Credit,   P.O. Box 543099,   Omaha, NE 68154-9499
943293405 +Industrial Welder's Supply Inc,   c/o Paul F. Koblitz, Esq.,   42 Spring Street,
          Newport, RI 02840-2979
943293406 +Infra-Metals,   c/o Marc D. Wallick, Esq.,   51 Jefferson Blvd.,   Warwick, RI 02888-1002
943293408 +Joseph A. Caramadre,   Colart Towers, Ste 2-4,   400 Reservoir Ave.,   Providence, RI 02907-3565
943293409 +Law Offices Howard Lee Schiff,   10 Dorrance Street,   Providence, RI 02903-2018
943293410 +Litton Loan Servicing, LP,   4828 Loop Central Drive,   Houston, TX 77081-2166
943293411 +Memorial Hospital of RI,   111 Brewster Street,   Pawtucket, RI 02860-4499
943293412 +Micheletti Oil Service,   987 Plainfield St.,   Johnston, RI 02919-6703
943293413 +Municipal Collection Agency,   198 Dyer Street 2nd Fl.,   Providece, RI 02903-3906
943293415 +Narragansett Electric Company,   280 Melrose Street,   P.O. Box 1438,   Providence, RI 02901-1438
943293414  Narragansett Electric Company,   Processing Center,   Woburn, MA  01807-0049
943293417  New England Gas Company,   P.O. Box 9646,   Manchester, NH  03108-9646
943293418 +North American Capital Corp.,   1804 Washington Blvd.,   Baltimore, MD 21230-1700
943293419 +Nynex Information Resources,   c/o Donald J. Nasif, Esq.,   1408 1/2 Atwood Avenue #7,
          Johnston, RI 02919-4815
943293420  Quest Diagnostics,   PO Box 64363,   Baltimore, MD  21264-4363
943293422 +Rossi Law Offices,   28 Thurber Blvd.,   PO Box 17339,   Smithfield, RI 02917-0704
943293423  Sears,   P.O. Box 182149,   Columbus, OH  43218-2149
943293424 +Shechtman, Halperin & Savage,   86 Weybossett Street,   Providence, RI 02903-2800
943293425  State of Rhode Island,   Division of Taxation,   One Capitol Hill, Ste. 21,
          Providence, RI  02908-5813
943293429 +TXI Chaparral Steel,   c/o Marc D. Wallick, Esq.,   51 Jefferson Blvd.,   Warwick, RI 02888-1002
943293427 +The Chapin & Bangs Company,   c/o Marc D. Wallick, Esq.,   51 Jefferson Blvd.,
          Warwick, RI 02888-1002
943293428 +Tubular Steel, Inc.,   c/o Marc D. Wallick, Esq.,   51 Jefferson Blvd.,   Warwick, RI 02888-1002
943293430 +U.S Department of the Treasury,   LineBarger, Googgan, Blair & S,   PO Box 530285,
          Atlanta, GA 30353-0285
943293431  Verizon,   PO Box 1,   Worcester, MA  01654-0001
943293432 +WJFD-FM d/b/a WJFD 97.3 FM,   c/o Marc D. Wallick, Esq.,   51 Jefferson Blvd.,
          Warwick, RI 02888-1002
943293433 +Wyse Financial Services, Inc.,   3410 South Galena Street,   Suite 250,   Denver, CO 80231-5580
```

The following entities were served by electronic transmission on Jul 12, 2004 and receipt of the transmission
was confirmed on:
```
smg      +EDI: IRS.COM Jul 12 2004 18:25:00     Internal Revenue Service,   Insolvency Unit - 4th Floor,
          380 Westminster Street,   Providence, RI 02903-3246
943293407 +EDI: IRS.COM Jul 12 2004 18:25:00     Internal Revenue Service,   Andover, MA 05501-0001
943293423  EDI: SEARS.COM Jul 12 2004 18:25:00     Sears,   P.O. Box 182149,   Columbus, OH  43218-2149
943293426 +E-mail: vze87kq5@verizon.net Jul 12 2004 18:31:57     Strauss, Factor, Laing & Lyons,
          Lynda L. Laing, Esq.,   222 Richmond Street, Ste. 208,   Providence, RI 02903-4228
                                                                                        TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
943293416  National Grange Mutual Ins. Co,   Main Street America Assuance C
943293421  RNI Insurance Company
                                                                                 TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0103-1          User: Holly           Page 2 of 2            Date Rcvd: Jul 12, 2004
Case: 04-12168                Form ID: B9E          Total Served: 41
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2004**                    **Signature:** _Joseph Speetjens_