FILED JUL 21 '04 11:44 USBCRI

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In Re:   MICHELLE PERRETTA and   :   BK No. 04-12168
ANNA PERRETTA                    :

## ENTRY OF APPEARANCE AND
## REQUEST TO BE ADDED TO SERVICE LIST

The undersigned, attorneys for RLI Insurance Company, 9025 North Lindbergh Drive, Peoria, Illinois 61615, Creditor to the above referenced Debtors hereby enter its appearance and requests to be added to the Service List.

HIGGINS, CAVANAGH & COONEY, LLP
Attorneys for RLI Insurance Company

_/s/ Lawrence P. McCarthy_
Lawrence P. McCarthy, III, #2860
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

## CERTIFICATION

I hereby certify that I mailed a copy of the within document to Edward G. Lawson, Esq., 260 Lonsdale Avenue, Pawtucket, RI 02860 this _20th_ day of July, 2004.

_/s/ Susan Newman_