UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUL 22 '04 14:58 USBCRI

IN RE:   MICHELE PERRETTA          BK No. 04-12168
         ANNA M. PERRETTA          Chapter 11

ENTRY OF APPEARANCE AND REQUEST FOR ALL
NOTICES AND PLEADINGS

Please take notice that the undersigned, Robert N. Huseby, Esq., of Tillinghast Licht Perkins Smith & Cohen, LLP, hereby appears on behalf of Citizens Bank of Rhode Island, a party in interest in the above captioned case pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (hereinafter "Bankruptcy Rules") and requests that service be made on the undersigned of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, confirmed copies of orders, judgments and any other documents or instruments filed in the above-captioned bankruptcy proceeding.

All such documents should be served on:

> ROBERT N. HUSEBY, ESQ.
> Tillinghast Licht Perkins Smith & Cohen, LLP
> Ten Weybosset Street
> Providence, Rhode Island 02903

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal,

IN RE:    MICHELE PERRETTA              BK No. 04-12168
          ANNA M. PERRETTA              Chapter 11

whether written or oral, whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy, facsimile or otherwise, which affects the Debtor or the property of the debtor.

Dated this 22th day of July, 2004.

By: _____
Robert N. Huseby, Esq. #1486
Tillinghast Licht Perkins Smith & Cohen
Ten Weybosset Street
Providence, RI 02903

## CERTIFICATION

I hereby certify that on the 22nd day of July, 2004, a copy of the within Entry of Appearance was mailed to; Leonard J. DePasquale, Esq., Assistant United States Trustee, Office of U.S. Trustee, Room 910, 10 Dorrance Street, Providence, Rhode Island 02903, and Edward G. Lawson, Jr., Esq., 260 Lonsdale Avenue, Pawtucket, Rhode Island 02860.

_____

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;395264;1