*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: **Michele Perretta** and **Anna M. Perretta**<br><br>Debtor(s) | BK No. **1:04–bk–12168**<br><br>Chapter **11** |

*Order Granting Application (doc# 3 ) to Employ Professionals*

*Re: Application to Employ Edward G. Lawson, Jr. as Debtors' Counsel*

The Application to Employ Professionals (doc.# 3 ) is HEREBY APPROVED, subject to the following: (1) This order is not a determination that the services are necessary; and (2) No fee agreement between the applicant and the person or entity being employed is binding on the court.

Judgment #: 1:04–bk–12168 – 20 – 3

*ORDER:*

By: JLD
Deputy Clerk

*ENTER:*

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **8/3/04**

Entered on Docket: **8/3/04**
Document Number: **20 – 3**

Oappemployprof.jsp #103