FILED AUG 04 '04 11:44 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:      MICHELE PERRETTA          :     BK No. 04-12168
            ANNA M. PERRETTA          :     Chapter 11
                                      :

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned, Maria J. Goncalves, Esq., of Adler Pollock & Sheehan P.C., hereby appears on behalf of Joseph A. Caramadre, a secured creditor in the above-captioned case pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure and hereby requests, service be made on the undersigned of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, confirmed copies of orders, judgments and any other documents or instruments filed in the above-captioned bankruptcy proceeding.

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

JOSEPH A. CARAMADRE
By His Attorneys

_/s/ Maria Goncalves_
Maria J. Goncalves, Esq., #4805
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-7200
Facsimile: (401) 351-4607

IN RE:     MICHELE PERRETTA            :     BK No. 04-12168
           ANNA M. PERRETTA           :     Chapter 11
                                                      :
                                                      :

## CERTIFICATION

I hereby certify that on the 3rd day of August, 2004, a copy of the within Entry of Appearance was mailed to: Leonard J. DePasquale, Esq., Assistant United States Trustee, Office of the U.S. Trustee, Room 910, 10 Dorrance Street, Providence, Rhode Island 02903, Edward G. Lawson, Jr., Esq., 260 Lonsdale Avenue, Pawtucket, Rhode Island 02860, Lawrence P. McCarthy, III, 124 Dyer Street, Providence, RI 02903 and Robert N. Huseby, Sr., Tillinghast Licht, Perkins, Smith & Cohen, Ten Weybosset Street, Providence, RI 02903.

*/s/ Valerie Lanctot*

*306090_1.doc*