UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re: **Michele Perretta** and **Anna M. Perretta**

Debtor(s)

BK No. **1:04−bk−12168**

Chapter **11**

### *Order Granting Application (doc# 3 ) to Employ Professionals*

### *Re: Application to Employ Edward G. Lawson, Jr. as Debtors' Counsel*

The Application to Employ Professionals (doc.# 3 ) is HEREBY APPROVED, subject to the following: (1) This order is not a determination that the services are necessary; and (2) No fee agreement between the applicant and the person or entity being employed is binding on the court.

Judgment #: 1:04−bk−12168 − 20 − 3

*ORDER:*

By: JLD
Deputy Clerk

*ENTER:*

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **8/3/04**

Entered on Docket: **8/3/04**
Document Number: **20 − 3**

Oappemployprof.jsp #103

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0103-1           User: jen                  Page 1 of 1              Date Rcvd: Aug 03, 2004
Case: 04-12168                 Form ID: 103               Total Served: 7

The following entities were served by first class mail on Aug 05, 2004.
db         +Michele Perretta,    380 Pippin Orchard Road,    Cranston, RI 02921-3616
jdb        +Anna M. Perretta,    380 Pippin Orchard Road,    Cranston, RI 02921-3616
aty        +Edward G. Lawson, Jr.,    260 Lonsdale Avenue,    Pawtucket, RI 02860-2718
aty        +Lawrence P. McCarthy, III,    123 Dyer Street,    Providence, RI 02903-3907
aty        +Robert N. Huseby, Sr.,    Tillinghast Licht Perkins et al,    Ten Weybosset Street,
             Providence, RI 02903-2818
smg        +State of Rhode Island - Division of Taxation,    Bankruptcy Unit,    c/o RI Division of Taxation,
             Legal Office,    One Capitol Hill,    Providence, RI 02908-5893
ust        +Leonard DePasquale,    US Trustee's Office,    Room 910,    10 Dorrance Street,
             Providence, RI 02903-2018

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        Citizens Bank of Rhode Island
cr          RLI Insurance Company
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2004**                           **Signature:**    *Joseph Speetjens*