# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| PERRETTA, MICHELE & ANNA, | : | Case No.: 04-12168 |
| | : | |
| Debtors | : | Judge Votolato |
| | : | |

## 341(a) CREDITOR'S MEETING - MINUTE SHEET

Date of Meeting:    August 9, 2004            Time: 10:00 AM

Debtor Appearance(s):

| Name(s) | Title | Sworn & Examined: |
|---|---|---|
| Michele Perretta | Debtor | Yes |
| Anna Perretta | Debtor | Yes |

Attorney for Debtor: Edward Lawson, Esq. (401) 725-1810

Date Petition Filed: July 2, 2004

Debtors' Current Mailing Address and Telephone Number:

380 Pippin Orchard Road
Cranston, RI 02921
(401)

Verification of the accuracy of the petition, schedules and statement of affairs:
 X  YES      NO     NOT YET FILED

Unsecured creditor's committee appointed?     YES    X  NO     UNDETERMINED AT THIS TIME

Examination of debtor concluded?      YES    X  NO

__ Meeting concluded.
__ Meeting adjourned to _____ at _____ o'clock.
 X  Meeting adjourned subject to possible further continuation upon NOTICE to all parties of a continuation date, time and place.

Miscellaneous Notes:

                                    By */s/ David Quinn*_____
                                          David Quinn

Bankruptcy Analyst