**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
*380 Westminster Street*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

| | |
|---|---|
| Re: **Michele Perretta** and **Anna M. Perretta**<br>Debtor(s) | BK No. **1:04-bk-12168**<br>Chapter: **11** |

## *Notice of Continued Hearing*

PLEASE TAKE NOTICE that the hearing on the following matter has been continued. For new hearing date, see text below:

*Section 105(d) Hearing Held AND Continued (re [4] Chapter 11 and Notice). Section 105 Status hearing continued to 10/7/2004 at 9:30 AM at 6th Floor Courtroom.*

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **9/7/04**
Document Number: **24 - 4**

By: **JLD**
Deputy Clerk

504.jsp #504