*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

Re: **Michele Perretta** and **Anna M. Perretta**

Debtor(s)

BK No. **1:04-bk-12168**

Chapter: **11**

## *Notice of Continued Hearing*

PLEASE TAKE NOTICE that the hearing on the following matter has been continued. For new hearing date, see text below:

*Section 105(d) Hearing Held AND Continued (re [4] Chapter 11 and Notice). Section 105 Status hearing continued to 10/7/2004 at 9:30 AM at 6th Floor Courtroom.*

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **9/7/04**
Document Number: **24 - 4**

By: **JLD**
Deputy Clerk

504.jsp #504

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

4-bk-12168    Doc 25    Filed 09/09/04    Entered 09/10/04 02:35:27    Desc
Imaged Certificate of Service    Page 2 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0103-1           User: jen                Page 1 of 2             Date Rcvd: Sep 07, 2004
Case: 04-12168                 Form ID: 504             Total Served: 45


The following entities were served by first class mail on Sep 09, 2004.
db       +Michele Perretta,   380 Pippin Orchard Road,   Cranston, RI 02921-3616
jdb      +Anna M. Perretta,   380 Pippin Orchard Road,   Cranston, RI 02921-3616
aty      +Edward G. Lawson, Jr.,   260 Lonsdale Avenue,   Pawtucket, RI 02860-2718
aty      +Lawrence P. McCarthy, III,   123 Dyer Street,   Providence, RI 02903-3907
aty      +Maria J. Goncalves,   Adler Pollock & Sheehan,   2300 Financial Plaza,   Providence, RI 02903-2485
aty      +Matthew J. McGowan,   Salter McGowan Sylvia & Leonard,   321 South Main Street,
           Providence, RI 02903-7113
aty      +Robert N. Huseby, Sr.,   Tillinghast Licht Perkins et al,   Ten Weybosset Street,
           Providence, RI 02903-2818
ust      +Leonard DePasquale,   US Trustee's Office,   Room 910,   10 Dorrance Street,
           Providence, RI 02903-2018
943293398  AT&T,   P.O. Box 1200,   Newark, NJ  07101-1200
943293397 +Advanced Radiology, Inc.,   525 Broad Street, Ste. 202,   Cumberland, RI 02864-6919
943297705 +American Steel and Aluminum Corp.,   co E. Martin Stutchfield Esq.,   Winograd Shine and Zacks PC,
           123 Dyer Street,   Providence RI 02903-3980
943293399  Atlantic Bus. Ser. Group, Inc.,   PO Box 437,   No. Scituate, MA  02060-0437
943293400 +Citizens Bank of Rhode Island,   co Robert N Huseby Esquire,   10 Weybosset Street,
           Providence RI 02903-2818
943293401 +Cox Communications,   P.O. box 39,   Newark, NJ 07101-0039
943293402 +E. Martin Stutchfield, Esq.,   Winograd, Shine & Zacks, P.C.,   123 Dyer Street,
           Providence, RI 02903-3980
943293403 +Federal Pipe & Steel Corp.,   Joey Road,   Plymouth, MI 48170
943293404 +Ford Motor Credit,   P.O. Box 543099,   Omaha, NE 68154-9499
943299923  Industrial Welder's Supply Inc,   co Paul F Koblitz Esq,   42 Spring Street,   Newport RI 02840-2979
943293405 +Industrial Welder's Supply Inc,   c/o Paul F. Koblitz, Esq.,   42 Spring Street,
           Newport, RI 02840-2979
943293406 +Infra-Metals,   c/o Marc D. Wallick, Esq.,   51 Jefferson Blvd.,   Warwick, RI 02888-1002
943293407 +Internal Revenue Service,   Andover, MA 05501-0001
943293408 +Joseph A. Caramadre,   Colart Towers, Ste 2-4,   400 Reservoir Ave.,   Providence, RI 02907-3565
943293409 +Law Offices Howard Lee Schiff,   10 Dorrance Street,   Providence, RI 02903-2018
943293410 +Litton Loan Servicing, LP,   4828 Loop Central Drive,   Houston, TX 77081-2166
943293411 +Memorial Hospital of RI,   111 Brewster Street,   Pawtucket, RI 02860-4499
943293412 +Micheletti Oil Service,   987 Plainfield St.,   Johnston, RI 02919-6703
943293413 +Municipal Collection Agency,   198 Dyer Street 2nd Fl.,   Providece, RI 02903-3906
943293415 +Narragansett Electric Company,   280 Melrose Street,   P.O. Box 1438,   Providence, RI 02901-1438
943293414  Narragansett Electric Company,   Processing Center,   Woburn, MA  01807-0049
943293417  New England Gas Company,   P.O. Box 9646,   Manchester, NH  03108-9646
943293418 +North American Capital Corp.,   1804 Washington Blvd.,   Baltimore, MD 21230-1700
943293419 +Nynex Information Resources,   c/o Donald J. Nasif, Esq.,   1408 1/2 Atwood Avenue #7,
           Johnston, RI 02919-4815
943293420  Quest Diagnostics,   PO Box 64363,   Baltimore, MD  21264-4363
943293422 +Rossi Law Offices,   28 Thurber Blvd.,   PO Box 17339,   Smithfield, RI 02917-0704
943293423  Sears,   P.O. Box 182149,   Columbus, OH  43218-2149
943293424 +Shechtman, Halperin & Savage,   86 Weybossett Street,   Providence, RI 02903-2800
943293425  State of Rhode Island,   Division of Taxation,   One Capitol Hill, Ste. 21,
           Providence, RI  02908-5813
943293426 +Strauss, Factor, Laing & Lyons,   Lynda L. Laing, Esq.,   222 Richmond Street, Ste. 208,
           Providence, RI 02903-4227
943293429 +TXI Chaparral Steel,   c/o Marc D. Wallick, Esq.,   51 Jefferson Blvd.,   Warwick, RI 02888-1002
943293427 +The Chapin & Bangs Company,   c/o Marc D. Wallick, Esq.,   51 Jefferson Blvd.,
           Warwick, RI 02888-1002
943293428 +Tubular Steel, Inc.,   c/o Marc D. Wallick, Esq.,   51 Jefferson Blvd.,   Warwick, RI 02888-1002
943293430 +U.S Department of the Treasury,   LineBarger, Googgan, Blair & S,   PO Box 530285,
           Atlanta, GA 30353-0285
943293431  Verizon,   PO Box 1,   Worcester, MA  01654-0001
943293432 +WJFD-FM d/b/a WJFD 97.3 FM,   c/o Marc D. Wallick, Esq.,   51 Jefferson Blvd.,
           Warwick, RI 02888-1002
943293433 +Wyse Financial Services, Inc.,   3410 South Galena Street,   Suite 250,   Denver, CO 80231-5580

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp      Citizens Bank of Rhode Island
cr        Joseph A. Caramadre
cr        RLI Insurance Company
943293416 National Grange Mutual Ins. Co,   Main Street America Assuance C
943293421 RNI Insurance Company
                                                                                              TOTALS: 5, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0103-1          User: jen              Page 2 of 2              Date Rcvd: Sep 07, 2004
Case: 04-12168                Form ID: 504           Total Served: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2004**          **Signature:** _Joseph Speetjens_