## UNITED STATES BANKRUPTCY COURT
## THE DISTRICT OF RHODE ISLAND

IN RE:  MICHELLE PERRETTA                              BK NO. 04-12168
       ANNA M. PERRETTA                              CHAPTER 7

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE
IN ACCORDANCE WITH BANKRUPTCY RULE 2002

    The undersigned hereby enters his appearance as co-counsel on behalf of WJFD-FM, Inc. d/b/a WJFD 97.3 FM, and requests that it be placed on the service list and that copies of all orders, pleadings, notices and all other documents that are filed with this Court or the Office of the United States Trustee and served on parties in interest be duly served on the undersigned at the address set forth below in accordance with Bankruptcy Rule 2002.

                      /s/ Marc D. Wallick
                      Marc D. Wallick, Esq.
                      WALLICK & ASSOCIATES, LTD.
                      51 Jefferson Boulevard
                      Warwick, Rhode Island  02888
                      (401) 461-0100

DATED:  September 13, 2004

### CERTIFICATION

    I hereby certify that on this 13th day of September, 2004, I electronically mailed a true and accurate copy of the within Entry of Appearance and Request For Service in accordance with Bankruptcy Rule 2002 to the U.S. Trustee's Office; and mailed to Edward G. Lawson, Jr., 260 Lonsdale Avenue, Pawtucket, RI 02860.

                      /s/ Robyn Carpenter

bkap2002-perretta