UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

Re: **Michele Perretta** and **Anna M. Perretta**,
        Debtors

BK No. **1:04-bk-12168**
Chapter: **11**

### ENTRY OF APPEARANCE

I, J. Russell Jackson, do hereby enter my appearance as counsel for creditor **INDUSTRIAL WELDER'S SUPPLY, INC.**

_____
J. Russell Jackson, Esq. #5901
26 Valley Road, Suite 203
Middletown, Rhode Island  02842
(401) 848-7979

### WITHDRAWAL OF COUNSEL

I, Paul F. Koblitz, do hereby withdraw as counsel for creditor **INDUSTRIAL WELDER'S SUPPLY, INC.**

_____
Paul F. Koblitz, Esquire #3543
42 Spring Street, Suite 9
Newport, Rhode Island  02840
(401) 849-9770

### CERTIFICATION

I hereby certify that on the 29th day of September, 2004, a copy of the foregoing Entry of Appearance and Withdrawal of Counsel was mailed by regular mail, postage prepaid, to Edward G. Lawson, Jr., Esquire, 260 Lonsdale Avenue, Pawtucket, Rhode Island 02860.

_____
J. Russell Jackson