UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:   Michele Perretta                                              Chapter 11
         Anna M. Perretta                                              No. 04-12168

         Debtors

## WITHDRAWAL OF APPEARANCE

Lawrence P. McCarthy, III, Esquire, hereby withdraws his appearance as counsel of record for creditor, RLI Insurance Company in the above-referenced matter.

September 24, 2004

_____
Lawrence P. McCarthy, III, Esquire
Higgins, Cavanagh & Cooney, LLP
The Hay Building
123 Dyer Street
Providence, RI  02903-3987
(401) 272-3500
(401) 273-8780 Fax

Motion Granted

_____
10/6/04

Entered on Docket 10/6/04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:   Michele Perretta                                Chapter 11
         Anna M. Perretta                                No. 04-12168

         Debtors

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed a **WITHDRAWAL OF APPEARANCE** in this case with the Clerk of this Court, and served a copy of the above-referenced paper(s) on the following parties by first class mail, postage prepaid, at the addresses noted below:

United States Trustees Office
10 Dorrance Street, Suite 910
Providence, RI  02903

Maria J. Goncalves, Esq.
Adler Pollock & Sheehan
2300 Financial Plaza
Providence, RI  02903

Robert N. Huseby, Esq.
Tillinghast Licht Perkins et al
Ten Weybosset Street
Providence, RI  02903

Edward G. Lawson, Jr., Esq.
260 Lonsdale Avenue
Pawtucket, RI  02860

Mark D. Wallick, Esq.
Wallick & Paolino
51 Jefferson Boulevard
Warwick, RI  02888

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI  02903

~~September~~ Oct. 4, 2004                              /s/ Susan Newman