*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

| | |
|---|---|
| Re: **Michele Perretta** and **Anna M. Perretta**<br><br>  Debtor(s) | BK No. **1:04-bk-12168**<br><br>Chapter: **11** |

## *Notice of Continued Hearing*

PLEASE TAKE NOTICE that the hearing on the following matter has been continued. For new hearing date, see text below:

*Section 105(d) Hearing Held and Continued (re [4] Chapter 11 and Notice AND hearing to be held on [28] Motion to Convert Case to Chapter 7 filed by U.S. Trustee Leonard DePasquale). Hearing to be held on 10/20/2004 at 09:30 AM at 6th Floor Courtroom.*

                                              Susan M. Thurston
                                              Clerk, US Bankruptcy Court

Dated: **10/7/04**                              By: **JLD**
Document Number: **31 - 4, 28**                 Deputy Clerk

504.jsp #504