UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:   Michele Perretta                               Chapter 11
         Anna M. Perretta                               No. 04-12168

         Debtors

## WITHDRAWAL OF APPEARANCE

Lawrence P. McCarthy, III, Esquire, hereby withdraws his appearance as counsel of record for creditor, RLI Insurance Company in the above-referenced matter.

September 24, 2004

_____
Lawrence P. McCarthy, III, Esquire
Higgins, Cavanagh & Cooney, LLP
The Hay Building
123 Dyer Street
Providence, RI 02903-3987
(401) 272-3500
(401) 273-8780 Fax

Motion Granted

_____
10/6/04

Entered on Docket 10/6/04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:   Michele Perretta                                   Chapter 11
         Anna M. Perretta                                   No. 04-12168

         Debtors

### CERTIFICATE OF SERVICE

I hereby certify that I have this date filed a **WITHDRAWAL OF APPEARANCE** in this case with the Clerk of this Court, and served a copy of the above-referenced paper(s) on the following parties by first class mail, postage prepaid, at the addresses noted below:

United States Trustees Office
10 Dorrance Street, Suite 910
Providence, RI  02903

Maria J. Goncalves, Esq.
Adler Pollock & Sheehan
2300 Financial Plaza
Providence, RI  02903

Robert N. Huseby, Esq.
Tillinghast Licht Perkins et al
Ten Weybosset Street
Providence, RI  02903

Edward G. Lawson, Jr., Esq.
260 Lonsdale Avenue
Pawtucket, RI  02860

Mark D. Wallick, Esq.
Wallick & Paolino
51 Jefferson Boulevard
Warwick, RI  02888

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI  02903

Oct. 4, 2004 [~~September~~]                               /s/ Susan Newman

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

4-bk-12168   Doc 32   Filed 10/08/04   Entered 10/09/04 02:55:58   Desc
Imaged Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0103-1          User: Cindy              Page 1 of 1           Date Rcvd: Oct 06, 2004
Case: 04-12168                Form ID: pdfdoc          Total Served: 11

The following entities were served by first class mail on Oct 08, 2004.
db       +Michele Perretta,   380 Pippin Orchard Road,   Cranston, RI 02921-3616
jdb      +Anna M. Perretta,   380 Pippin Orchard Road,   Cranston, RI 02921-3616
aty      +Edward G. Lawson, Jr.,   260 Lonsdale Avenue,   Pawtucket, RI 02860-2718
aty      +J. Russell Jackson,   Jackson Law LTD,   26 Valley Road Suite 203,   Middletown, RI 02842-6371
aty      +Lawrence P. McCarthy, III,   123 Dyer Street,   Providence, RI 02903-3907
aty      +Marc D. Wallick,   Wallick & Associates,   51 Jefferson Boulevard,   Warwick, RI 02888-1002
aty      +Maria J. Goncalves,   Adler Pollock & Sheehan,   2300 Financial Plaza,   Providence, RI 02903-2485
aty      +Matthew J. McGowan,   Salter McGowan Sylvia & Leonard,   321 South Main Street,
           Providence, RI 02903-7113
aty      +Robert N. Huseby, Sr.,   Tillinghast Licht Perkins et al,   Ten Weybosset Street,
           Providence, RI 02903-2818
ust      +Leonard DePasquale,   US Trustee's Office,   Room 910,   10 Dorrance Street,
           Providence, RI 02903-2018
cr       +Marc D. Wallick,   51 Jefferson Boulevard,   Warwick, RI 02888-1002

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        Citizens Bank of Rhode Island
cr          Industrial Welder's Supply, Inc.
cr          Joseph A. Caramadre
cr          RLI Insurance Company
cr          WJFD-FM, Inc.
                                                                                         TOTALS: 5, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2004**                    **Signature:**   *Joseph Speetjens*