*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528–4477*

Re: **Michele Perretta** and **Anna M. Perretta**

Debtor(s)

BK No. **1:04-bk-12168**

Chapter: **11**

## *Notice of Continued Hearing*

PLEASE TAKE NOTICE that the hearing on the following matter has been continued. For new hearing date, see text below:

*Section 105(d) Hearing Held and Continued (re [4] Chapter 11 and Notice AND hearing to be held on [28] Motion to Convert Case to Chapter 7 filed by U.S. Trustee Leonard DePasquale). Hearing to be held on 10/20/2004 at 09:30 AM at 6th Floor Courtroom.*

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **10/7/04**
Document Number: **31 – 4, 28**

By: **JLD**
Deputy Clerk

504.jsp #504

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0103-1           User: jen                    Page 1 of 1                    Date Rcvd: Oct 07, 2004
Case: 04-12168                 Form ID: 504                 Total Served: 9

The following entities were served by first class mail on Oct 09, 2004.
 db        +Michele Perretta,   380 Pippin Orchard Road,   Cranston, RI 02921-3616
 jdb       +Anna M. Perretta,   380 Pippin Orchard Road,   Cranston, RI 02921-3616
 aty       +Edward G. Lawson, Jr.,   260 Lonsdale Avenue,   Pawtucket, RI 02860-2718
 aty       +J. Russell Jackson,   Jackson Law LTD,   26 Valley Road Suite 203,   Middletown, RI 02842-6371
 aty       +Marc D. Wallick,   Wallick & Associates,   51 Jefferson Boulevard,   Warwick, RI 02888-1002
 aty       +Maria J. Goncalves,   Adler Pollock & Sheehan,   2300 Financial Plaza,   Providence, RI 02903-2485
 aty       +Matthew J. McGowan,   Salter McGowan Sylvia & Leonard,   321 South Main Street,
             Providence, RI 02903-7113
 aty       +Robert N. Huseby, Sr.,   Tillinghast Licht Perkins et al,   Ten Weybosset Street,
             Providence, RI 02903-2818
 ust       +Leonard DePasquale,   US Trustee's Office,   Room 910,   10 Dorrance Street,
             Providence, RI 02903-2018

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 intp       Citizens Bank of Rhode Island
 cr         Industrial Welder's Supply, Inc.
 cr         Joseph A. Caramadre
 cr         RLI Insurance Company
 cr         WJFD-FM, Inc.
                                                                                                 TOTALS: 5, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2004**　　　　　　　　　　　　　**Signature:** _Joseph Speetjens_