*United States Bankruptcy Court*
*for the District of Rhode Island*

In Re:

    MICHELE & ANNA PERRETTA          Petition No.: 04-12168
    Debtor(s)                                        Chapter 11

## DEBTORS' OBJECTION TO THE TRUSTEE'S MOTION TO COVERT TO A CHAPTER 7

Now come the debtors in the above action who request of the this court to deny and dismiss the Motion to Convert to a Chapter 7 filed by the U.S. Trustee.

As grounds therefore, debtors' state that they have addressed the U.S. Trustee's concerns by filing with the Trustee's office the monthly operating statements for July, August, and September and the requested copies of outstanding contracts presently being undertaken by the debtors' business.

For the debtors
By their attorney,

/s/ Edward G. Lawson 10/22/04
Edward G. Lawson, Jr. #0517
260 Lonsdale Avenue
Pawtucket, RI 02860
(401) 725-1810
Fax: (401) 725-2244

## NOTICE

Within ten (10) days after service, twenty (20) days for the U.S. Government officers and agencies thereof, any party against whom a "pleading" is filed, or any other party to the action who objects to the relief sought therein, shall serve and file an objection to that pleading. Every party filing a written opposition shall serve and file with or in his/her response a memorandum containing the authorities and reasons supporting his/her position, together with any affidavits or other material in support of the opposition. The Clerk is not authorized to accept for filing a response opposing a pleading without a memorandum. The memorandum must cite applicable

sections of the Bankruptcy Code and Bankruptcy Rules.

## **CERTIFICATION**

      I hereby certify that I electronically filed the within objection to the U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903, and the U.S. Trustee, Leonard DePasquale, Esq., 10 Dorrance Street, Room 910, Providence, RI 02903, on this 22nd day of October, 2004.

      /s/ Edward G. Lawson 10/22/04