*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528–4477*

Re: **Michele Perretta** and **Anna M. Perretta**

Debtor(s)

BK No. **1:04-bk-12168**

Chapter: **11**

## *Notice of Continued Hearing*

PLEASE TAKE NOTICE that the hearing on the following matter has been continued. For new hearing date, see text below:

*Hearing Rescheduled by the Court re [28] Motion to Convert Case to Chapter 7 filed by U.S. Trustee Leonard DePasquale, [36] Objection filed by Debtor Michele Perretta, Joint Debtor Anna M. Perretta. Hearing scheduled for 11/16/2004 at 09:30 AM at 6th Floor Courtroom. (Cancel the 11/17/04 hearing date)*

**It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.**

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **11/9/04**
Document Number: **41 – 28, 36**

By: **LLC**
Deputy Clerk

504.jsp #504