*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528−4477*

Re: **Michele Perretta** and **Anna M. Perretta**

Debtor(s)

BK No. **1:04-bk-12168**

Chapter: **11**

## *Notice of Continued Hearing*

PLEASE TAKE NOTICE that the hearing on the following matter has been continued. For new hearing date, see text below:

*Hearing Rescheduled by the Court re [28] Motion to Convert Case to Chapter 7 filed by U.S. Trustee Leonard DePasquale, [36] Objection filed by Debtor Michele Perretta, Joint Debtor Anna M. Perretta. Hearing scheduled for 11/16/2004 at 09:30 AM at 6th Floor Courtroom. (Cancel the 11/17/04 hearing date)*

**It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.**

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **11/9/04**
Document Number: **41 − 28, 36**

By: **LLC**
Deputy Clerk

504.jsp #504

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0103-1          User: Cindy              Page 1 of 1              Date Rcvd: Nov 09, 2004
Case: 04-12168                Form ID: 504             Total Served: 9

The following entities were served by first class mail on Nov 11, 2004.
db         +Michele Perretta,   380 Pippin Orchard Road,   Cranston, RI 02921-3616
jdb        +Anna M. Perretta,   380 Pippin Orchard Road,   Cranston, RI 02921-3616
aty        +Edward G. Lawson, Jr.,   260 Lonsdale Avenue,   Pawtucket, RI 02860-2718
aty        +J. Russell Jackson,   Jackson Law LTD,   26 Valley Road Suite 203,   Middletown, RI 02842-6371
aty        +Marc D. Wallick,   Wallick & Associates,   51 Jefferson Boulevard,   Warwick, RI 02888-1002
aty        +Maria J. Goncalves,   Adler Pollock & Sheehan,   2300 Financial Plaza,   Providence, RI 02903-2485
aty        +Matthew J. McGowan,   Salter McGowan Sylvia & Leonard,   321 South Main Street,
             Providence, RI 02903-7113
aty        +Robert N. Huseby, Sr.,   Tillinghast Licht Perkins et al,   Ten Weybosset Street,
             Providence, RI 02903-2818
ust        +Leonard DePasquale,   US Trustee's Office,   Room 910,   10 Dorrance Street,
             Providence, RI 02903-2018

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        Citizens Bank of Rhode Island
cr          Industrial Welder's Supply, Inc.
cr          Joseph A. Caramadre
cr          RLI Insurance Company
cr          WJFD-FM, Inc.
                                                                                          TOTALS: 5, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2004**               **Signature:** _Joseph Speetjens_