UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:                                                        )
                                                              )
MICHELE PERRETTA and                                          )
ANNA M. PERRETTA                                              )         Chapter 11
                                                              )         Case No. 04-12168
                    Debtor                  )
                                                              )

## MOTION TO CONTINUE HEARING

NOW COMES the United States Trustee and respectfully requests the Section 105(d) hearing scheduled on December 9, 2004 be continued for one week. In support hereof, the United States Trustee asserts that he will be out of state on official government business and will be unavailable for court hearings next week.

WHEREFORE, the United States Trustee respectfully requests that this Court grant his Motion to continue the § 105(d) hearing in this matter for one week.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHOEBE MORSE |
|  | United States Trustee |
|  |  |
|  | /s/ Leonard J. De Pasquale |
| By: | _____ |
|  | Leonard J. De Pasquale, |
|  | Assistant United States Trustee |
|  | U.S. Department of Justice |
|  | Office of the U.S. Trustee |
| Dated: December 1, 2004 | 10 Dorrance Street, Suite 910 |
|  | Providence, RI 02903 |
|  | TEL: (401) 528-5551 |
|  | FAX: (401) 528-5163 |

WITHIN TEN (10) DAYS AFTER SERVICE ANY PARTY AGAINST WHOM A "PLEADING" IS FILED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT THEREIN, SHALL SERVE AND FILE AN OBJECTION TO THAT PLEADING. IF NO OBJECTION IS FILED TO A PLEADING WITHIN THE TIME PRESCRIBED HEREIN, THE PLEADING WILL BE DEEMED UNOPPOSED AND WILL BE GRANTED, UNLESS (1) THE REQUESTED RELIEF IS PROHIBITED BY LAW; OR (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT THE INTEREST OF JUSTICE REQUIRES SUA SPONTE DENIAL OF THE UNOPPOSED MOTION.

## CERTIFICATION OF SERVICE

I hereby certify that on December 2, 2004, I electronically filed U.S.T.'s Motion to Continue in the above captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Edward G. Lawson Jr. at  lawsonlaw@cox.net
Matthew J. McGowan at mmcgowan@smsllaw.com
Marc D. Wallick at wallicklaw@aol.com

I further certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participant.

Maria J. Goncalves
Adler Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903

Robert N. Huseby, Sr.
Tillinghast Licht Perkins et al
Ten Weybosset Street
Providence, RI 02903

J. Russell Jackson
Jackson Law LTD
26 Valley Road Suite 203
Middletown, RI 02842

/s/ *Leonard J. De Pasquale*