UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: **Michele Perretta** and **Anna M. Perretta**<br><br>Debtor(s) | BK No. **1:04–bk–12168**<br><br>Chapter **11** |

### Order Granting Motion/Application (doc# 48 ) by Rule of Court

### Re: US Trustee's Expedited Motion to Continue/Reschedule Section 105(d) Hearing

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013–2(a), **IT IS ORDERED** that the Motion/Application (doc.# 48 ) is hereby **GRANTED** .

Judgment #: 1:04–bk–12168 – 49 – 46, 48

ORDER:

LJS
Deputy Clerk

Entered on Docket: **12/3/04**
Document Number: **49 – 46, 48**

ENTER:

*Arthur N. Votolato* (signature)

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **12/3/04**

101.jsp Form 101

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0103-1          User: linda                Page 1 of 2              Date Rcvd: Dec 03, 2004
Case: 04-12168                Form ID: 101               Total Served: 55


The following entities were served by first class mail on Dec 05, 2004.
db         +Michele Perretta,    380 Pippin Orchard Road,    Cranston, RI 02921-3616
jdb        +Anna M. Perretta,    380 Pippin Orchard Road,    Cranston, RI 02921-3616
aty        +Edward G. Lawson, Jr.,    260 Lonsdale Avenue,    Pawtucket, RI 02860-2718
aty        +J. Russell Jackson,    Jackson Law LTD,    26 Valley Road Suite 203,    Middletown, RI 02842-6371
aty        +Lawrence P. McCarthy, III,    123 Dyer Street,    Providence, RI 02903-3907
aty        +Marc D. Wallick,    Wallick & Associates,    51 Jefferson Boulevard,    Warwick, RI 02888-1002
aty        +Maria J. Goncalves,    Adler Pollock & Sheehan,    2300 Financial Plaza,    Providence, RI 02903-2485
aty        +Matthew J. McGowan,    Salter McGowan Sylvia & Leonard,    321 South Main Street,
              Providence, RI 02903-7113
aty        +Robert N. Huseby, Sr.,    Tillinghast Licht Perkins et al,    Ten Weybosset Street,
              Providence, RI 02903-2818
smg        +State of Rhode Island - Division of Taxation,    Bankruptcy Unit,    c/o RI Division of Taxation,
              Legal Office,    One Capitol Hill,    Providence, RI 02908-5893
ust        +Leonard DePasquale,    US Trustee's Office,    Room 910,    10 Dorrance Street,
              Providence, RI 02903-2018
cr         +Marc D. Wallick,    51 Jefferson Boulevard,    Warwick, RI 02888-1002
943293398   AT&T,    P.O. Box 1200,    Newark, NJ 07101-1200
943293397  +Advanced Radiology, Inc.,    525 Broad Street, Ste. 202,    Cumberland, RI 02864-6919
943297705  +American Steel and Aluminum Corp.,    co E. Martin Stutchfield Esq.,    Winograd Shine and Zacks PC,
              123 Dyer Street,    Providence RI 02903-3980
943293399   Atlantic Bus. Ser. Group, Inc.,    PO Box 437,    No. Scituate, MA 02060-0437
943293400  +Citizens Bank of Rhode Island,    co Robert N Huseby Esquire,    10 Weybosset Street,
              Providence RI 02903-2818
943293401  +Cox Communications,    P.O. box 39,    Newark, NJ 07101-0039
943293402  +E. Martin Stutchfield, Esq.,    Winograd, Shine & Zacks, P.C.,    123 Dyer Street,
              Providence, RI 02903-3980
943293403  +Federal Pipe & Steel Corp.,    Joey Road,    Plymouth, MI 48170
943293404  +Ford Motor Credit,    P.O. Box 543099,    Omaha, NE 68154-9499
943304474  +Ford Motor Credit Company,    co Lynda Laing Esq,    222 Richmond Street,    Suite 208,
              Providence RI 02903-4227
943299923   Industrial Welder's Supply Inc,    co Paul F Koblitz Esq,    42 Spring Street,    Newport RI 02840-2979
943293405  +Industrial Welder's Supply Inc,    c/o Paul F. Koblitz, Esq.,    42 Spring Street,
              Newport, RI 02840-2979
943293406  +Infra-Metals,    c/o Marc D. Wallick, Esq.,    51 Jefferson Blvd.,    Warwick, RI 02888-1002
943293407  +Internal Revenue Service,    Andover, MA 05501-0001
943309115  +Internal Revenue Service,    Insolvency Unit,    380 Westminster Street 4th Floor,
              Providence RI 02903-3239
943293408  +Joseph A. Caramadre,    Colart Towers, Ste 2-4,    400 Reservoir Ave.,    Providence, RI 02907-3565
943310921  +Joseph Carmadre,    co Maria Goncalves Esq,    Adler Pollock and Sheehan,    2300 Financial Plaza,
              Providence, RI 02903-2485
943293409  +Law Offices Howard Lee Schiff,    10 Dorrance Street,    Providence, RI 02903-2018
943293410  +Litton Loan Servicing, LP,    4828 Loop Central Drive,    Houston, TX 77081-2166
943293411  +Memorial Hospital of RI,    111 Brewster Street,    Pawtucket, RI 02860-4499
943293412  +Micheletti Oil Service,    987 Plainfield St.,    Johnston, RI 02919-6703
943293413  +Municipal Collection Agency,    198 Dyer Street 2nd Fl.,    Providece, RI 02903-3906
943293415  +Narragansett Electric Company,    280 Melrose Street,    P.O. Box 1438,    Providence, RI 02901-1438
943293414   Narragansett Electric Company,    Processing Center,    Woburn, MA 01807-0049
943293416  +National Grange Mutual Insurance Co.,    c o Winograd Shine and Zacks PC,    123 Dyer Street,
              Providence RI 02903-3907
943293417   New England Gas Company,    P.O. Box 9646,    Manchester, NH 03108-9646
943293418  +North American Capital Corp.,    1804 Washington Blvd.,    Baltimore, MD 21230-1700
943293419  +Nynex Information Resources,    c/o Donald J. Nasif, Esq.,    1408 1/2 Atwood Avenue #7,
              Johnston, RI 02919-4815
943293420   Quest Diagnostics,    PO Box 64363,    Baltimore, MD 21264-4363
943307692  +RLI Insurance Company,    c/o Matthew J. McGowan, Esq.,    321 South Main Street,
              Providence, RI 02903-7108
943293422  +Rossi Law Offices,    28 Thurber Blvd.,    PO Box 17339,    Smithfield, RI 02917-0704
943293423   Sears,    P.O. Box 182149,    Columbus, OH 43218-2149
943293424  +Shechtman, Halperin & Savage,    86 Weybossett Street,    Providence, RI 02903-2800
943293425  +State of Rhode Island,    Division of Taxation,    One Capitol Hill,    Providence, RI 02908-5800
943293426  +Strauss, Factor, Laing & Lyons,    Lynda L. Laing, Esq.,    222 Richmond Street, Ste. 208,
              Providence, RI 02903-4227
943293429  +TXI Chaparral Steel,    c/o Marc D. Wallick, Esq.,    51 Jefferson Blvd.,    Warwick, RI 02888-1002
943293427  +The Chapin & Bangs Company,    c/o Marc D. Wallick, Esq.,    51 Jefferson Blvd.,
              Warwick, RI 02888-1002
943293428  +Tubular Steel, Inc.,    c/o Marc D. Wallick, Esq.,    51 Jefferson Blvd.,    Warwick, RI 02888-1002
943293430  +U.S Department of the Treasury,    LineBarger, Googgan, Blair & S,    PO Box 530285,
              Atlanta, GA 30353-0285
943293431   Verizon,    PO Box 1,    Worcester, MA 01654-0001
943293432  +WJFD-FM d/b/a WJFD 97.3 FM,    c/o Marc D. Wallick, Esq.,    51 Jefferson Blvd.,
              Warwick, RI 02888-1002
943293433  +Wyse Financial Services, Inc.,    3410 South Galena Street,    Suite 250,    Denver, CO 80231-5580

The following entities were served by electronic transmission on Dec 03, 2004 and receipt of the transmission
was confirmed on:
943309114  +E-mail: BankruptcyVerizonEast@afninet.com Dec 03 2004 18:30:02      Verizon,
              1 Greene Street Floor 6,    Providence RI 02903-3236
                                                                                               TOTAL: 1
```

```
District/off: 0103-1           User: linda              Page 2 of 2              Date Rcvd: Dec 03, 2004
Case: 04-12168                 Form ID: 101             Total Served: 55

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Citizens Bank of Rhode Island
cr           Industrial Welder's Supply, Inc.
cr           Joseph A. Caramadre
cr           RLI Insurance Company
cr           WJFD-FM, Inc.
943293421    RNI Insurance Company
                                                                                        TOTALS: 6, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2004**             **Signature:**        _Joseph Speetjens_