*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528–4477*

Re: **Michele Perretta** and **Anna M. Perretta**

Debtor(s)

BK No. **1:04-bk-12168**

Chapter: **11**

## *Notice of Continued Hearing*

PLEASE TAKE NOTICE that the hearing on the following matter has been continued. For new hearing date, see text below:

*Hearing Held and Continued (re [1] Chapter 11 Voluntary Petition filed by Debtor Michele Perretta, Joint Debtor Anna M. Perretta). Section 105 Status hearing continued to 1/6/2005 at 09:30 AM at 6th Floor Courtroom.*

**It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.**

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **12/16/04**
Document Number: **53 – 1**

By: **JLD**
Deputy Clerk

504.jsp #504